UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

C. S.,

                    Plaintiff(s),

v.                                          Case No. 2:22–cv–10993–TGB–EAS
                                                  Hon. Terrence G. Berg

craig mccrumb, et al.,

                    Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion for Summary Judgment – #15

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are not required.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/A Chubb
                                                        Case Manager

Dated:   April 24, 2023