```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF MICHIGAN

C.S., by her next friend,
ADAM STROUB,

        Plaintiff,

v                                          File No. 2:22-CV-10993-TGB


CRAIG MCCRUMB,
Individually and in his official
Capacity as Superintendent of
Durand Area Schools,

and

AMY LEFFEL, Individually and
in her Capacity as Principal
of Robert Kerr Elementary
School,

and

MICHAEL PAPANEK,
Individually and in his
official Capacity as On
Track Coach of Robert
Kerr Elementary School,

        Defendants.
                                /

                    DEPOSITION OF AMY LEFFEL

    Taken by the Plaintiff on the 2nd day of December, 2022, at

    432 North Saginaw Street, Flint, Michigan, at 10:00 a.m.
```

Page 1



```
 1    APPEARANCES:
 2    For the Plaintiff:     MR. JOHN R. MONROE
                             John Monroe Law PC
 3                           156 Robert Jones Road
                             Dawsonville, Georgia 30534
 4                           (678) 362-7650
 5    For the Defendant:     MR. DANIEL J. LOBELLO, JR. (P81069)
                             O'Neill Wallace & Doyle PC
 6                           300 Saint Andrews Road, Suite 302
                             Saginaw, Michigan 48638
 7                           (989) 790-0960
 8    Also Present:          Adam Stroub
                             Craig McCrumb
 9                           Michael Papanek
10
      RECORDED BY:           Eric R. Johnston, CER 9267
11                           Certified Electronic Recorder
                             Network Reporting Corporation
12                           Firm Registration Number 8151
                             1-800-632-2720
13
14
15
16
17
18
19
20
21
22
23
24
25
                                  Page 2
```

```
 1                       Flint, Michigan
 2                       Friday, December 2, 2022 - 9:53 a.m.
 3              MR. MONROE:  Good morning.  My name is John
 4    Monroe.  I'm the Plaintiffs' attorney in this case.  I just
 5    have some questions for you today.
 6              MS. LEFFEL:  Okay.
 7              REPORTER:  Do you solemnly swear or affirm that
 8    the testimony you're about to give will be the whole truth?
 9              MS. LEFFEL:  I do.
10                       AMY LEFFEL
11         having been called by the Plaintiff and sworn:
12                       EXAMINATION
13    BY MR. MONROE:
14    Q   Could you please state your name for the record?
15    A   Yup, Amy Lynn Leffel.
16    Q   And would you spell the last name, please?
17    A   Yup, L-e-f-f-e-l.
18    Q   Thank you.
19    A   Uh-huh (affirmative).
20    Q   And have you ever given a deposition before?
21    A   No.
22    Q   Okay.  Just a few things to keep in mind.  There's a court
23        reporter here taking down the questions that I ask and the
24        answers that you give.
25    A   Okay.
                                  Page 4
```

```
 1                     TABLE OF CONTENTS
 2                                                    PAGE
 3
      Examination by Mr. Monroe . . . . . . . . . . . . . . 4
 4
 5
 6                     EXHIBIT INDEX
                                                      PAGE
 7
 8    Deposition Exhibit 1 marked . . . . . . . . . . . . . 13
          (Email)
 9    Deposition Exhibit 2 marked . . . . . . . . . . . . . 14
          (Photograph of hat)
10    Deposition Exhibit 3 marked . . . . . . . . . . . . . 16
          (School handbook)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                  Page 3
```

```
 1    Q   So if you would make sure you wait 'til I finish asking a
 2        question before you answer it because he can't take down two
 3        at once.
 4    A   Gotcha.
 5    Q   And because he's taking it down, we have to have oral
 6        responses to everything.
 7    A   (Nodding head in affirmative)
 8    Q   So a nod of the head if accompanied by a "yes" is fine, but
 9        just a nod is not good enough.
10    A   Okay.
11    Q   And, if you would, avoid things like "uh-huh" and "unh-unh,"
12        which people understand what that means when it's spoken but
13        when it's taken down, it's hard to understand what that
14        means.
15    A   Okay.
16    Q   If I ask a question that you don't understand or need some
17        clarification, just let me know.
18    A   Okay.
19    Q   Otherwise I will assume you understood the question if
20        you -- if you provide an answer.  It's not a marathon so if
21        you need to take a break, we'll take one.  I just would ask
22        that if there's a question on the floor, that you answer it.
23        And then we'll take a break if you need to.
24    A   Okay.
25    Q   So can you tell me what your educational background is,
                                  Page 5
```



Page 6:

```
 1      please?
 2   A  Yup.  So I received my bachelor's and master's from Eastern
 3      Michigan University and was a teacher for 16 years.  And
 4      I've been an administrator for four.
 5   Q  And what's your bachelor's degree in?
 6   A  It's a bachelor of science -- I'm sorry -- bachelor of arts.
 7      I had a major in English and a minor in science.
 8   Q  And the master's?
 9   A  It's K-12 administration.
10   Q  And what are you currently employed?
11   A  Saint Charles Community Schools.
12   Q  And where is that?
13   A  Saint Charles, Michigan.
14   Q  I'm not from around here.
15   A  Okay.  So I can do the Michigan thing and go (indicating) --
16   Q  No, that's all right.  I just wanted to know if -- I didn't
17      know what city that was.  And what's your job there?
18   A  I am the middle/high school principal.
19   Q  Is that middle/high school so it's both?
20   A  Yes, it's 7th through 12th grades.
21   Q  And how long have you been there?
22   A  Since August.
23   Q  So this is your first school year there?
24   A  Yes.
25   Q  And where you were before that?
```

Page 7:

```
 1   A  I was at Durand, at Robert Kerr Elementary.
 2   Q  And how long were you there?
 3   A  One year.
 4   Q  And what was your position at Robert Kerr Elementary?
 5   A  I was the elementary principal.
 6   Q  And where were you before that?
 7   A  I'm sorry.  Excuse me.  Before that I was at Morris
 8      Community Schools and I was there junior/senior high school
 9      principal there for two years.
10   Q  Were the reasons for you leaving Robert Kerr related at all
11      to the -- this case?
12   A  No.
13   Q  So you were the principal at Robert Kerr Elementary on
14      February 17th of 2022; is that correct?
15   A  Correct.
16   Q  All right.  And you're familiar with at least anecdotally or
17      secondhand the incident that gave rise to this lawsuit I
18      would assume; is that correct?
19   A  Yes.
20   Q  And can you tell me -- well, let me back up.  I think that
21      day was designated by the school as hat day; is that right?
22   A  Correct.
23   Q  And what -- what does that mean?
24   A  So students can wear hats that are school appropriate.  And
25      it was part of a great kindness challenge that we were
```

Page 8:

```
 1      doing.
 2   Q  Okay.
 3   A  So students and staff may participate.
 4   Q  And can you tell me what you mean by school appropriate?
 5   A  Yup.  So anything that doesn't have, you know, vulgar
 6      wording, inappropriate pictures, logos not appropriate for
 7      school.
 8   Q  Now, is what you just gave us a description of school
 9      appropriate, is that different from the generally applicable
10      school dress code?
11   A  No, it's applied equally across the board, whether it be
12      violence, vulgar language, for example, beer logos or slang
13      statements, things that would not be appropriate -- I keep
14      using "appropriate" -- for a school setting.
15   Q  I probably didn't ask it very well.  What I was intending to
16      ask was, were the rules for lack of a better word that you
17      just gave for hats, was that different from the rules that
18      applied to school dress code generally?
19   A  No.
20   Q  Those are the same?
21   A  It's universal across the board.
22   Q  Okay.  So you didn't have --
23   A  Regardless of whether --
24   Q  -- different rules for hats?
25   A  -- it's a shirt or a hat -- no.
```

Page 9:

```
 1   Q  And when you said "no logos," do you mean the logos of any
 2      products at all or just certain products?
 3   A  Anything that falls within some of the identified things
 4      that are listed in our select -- swear -- you know,
 5      anything -- inappropriate language, weapons, violence
 6      themes.  You see things -- well, a lot of the things that
 7      the kids might see online that -- those types of things were
 8      just -- in general as a broad statement.
 9   Q  What I was asking is, like, for example, if a student wore
10      something that had, like, the Nike Swoosh on it.  I mean,
11      that's a logo.  Are you saying that that would be
12      prohibited?
13   A  No, that's not perceived as school- -- as inappropriate.
14   Q  And then that particular day, that February 17th of 2022,
15      how did you become aware of the incident involving C.S. in
16      this case?
17   A  Mr. Papanek brought it to my attention.
18   Q  And what -- how did he do that?
19   A  He came down to my office to share with me what he -- his
20      concern.
21   Q  And before we get to those details, can you just tell us who
22      Mr. Papanek is?
23   A  Yup.  Mr. Papanek is our behavior success coach.
24   Q  And what does that entail?
25   A  So he assists with discipline in regards to kids that need,
```

3 (Pages 6 to 9)



**Page 10**

1  like, a -- if kids have a referral, they -- they go see Mr.
2  Papanek for minor incidences in regards to not behaving
3  appropriately in the classroom.  If they receive a write-up,
4  they go to Mr. Papanek.
5  Q  So then circling back to -- he came to your office to
6     discuss the incident with you; is that right?
7  A  To share his concern, yes.
8  Q  And what were his concerns?
9  A  He related the hat that he had seen because she is directly
10    across from his office at their -- her locker.  And so he
11    saw it first thing in the morning, relayed that it had a
12    picture of a gun on it and that it had a saying on it.  And
13    so he just came and related that to me.
14 Q  Was he asking for -- let me back up.  He was your
15    subordinate; is that correct?  He reported to you?
16 A  Correct.
17 Q  So was he asking you for direction or guidance on how to
18    deal with the situation?
19 A  Yup.  He wanted to run it by me and see what I felt we
20    should do.  And I didn't feel it was an appropriate thing
21    because I felt it -- because it was a weapon and we were in
22    a school setting, that it was not appropriate.  And so I
23    asked for him to reach out to parents to offer an
24    alternative, for her to wear a different hat or to remove
25    it.

**Page 11**

1  Q  So is it your understanding that at that point he hadn't
2     taken -- "he" being Mr. Papanek -- he hadn't taken any
3     action yet?
4  A  Correct.  That's my understanding.
5  Q  And so then did you have any -- was that the end of your
6     conversation with him?
7  A  No.  We actually -- and I can't recall if he then reached
8     out to Mr. Stroub and offered the alternative for him -- for
9     her to bring in -- sorry -- for him to bring in another hat.
10    But he did come back down and relay that he had -- well,
11    yeah, because he had come down to relate that Mr. Stroub did
12    not want the hat removed, that we were not to remove the hat
13    from her.
14 Q  Okay.  Let me just try to unpack that a little bit.  It
15    sounds like you had two separate conversations with Mr.
16    Papanek?
17 A  He brought it to my attention.  I directed him to reach out
18    to parents.  And then he came back down with the parent's
19    response.
20 Q  So was your direction to him at the -- during the first
21    meeting, was that the end of that first meeting?  Or did
22    anything more happen during that meeting?
23 A  No, not that I recall.
24 Q  So then he left and later came back and said that he had
25    talked to C.S.'s parents and that they didn't want to

**Page 12**

1     replace the hat or offer an alternative; is that --
2  A  It was my understanding that -- how I interpreted what he
3     said is that they were not bringing anything else in and
4     that that was the hat she wanted -- they wanted her to wear.
5  Q  And then what did you at that point?
6  A  At that point I went down with him to the classroom and
7     asked C.S. to come out and explained that she hadn't done
8     anything wrong, it's just her hat with a picture on it isn't
9     something that's appropriate for school.  And I asked if she
10    would place it in her locker.  So she removed the hat, put
11    it in her locker and went back to class.
12 Q  So she was wearing the hat when you went to speak with her?
13 A  Yes.
14 Q  And do you know about what time that was?
15 A  Oh, it was first thing in the morning.
16 Q  So it was early in the morning?
17 A  Yeah.
18 Q  Okay.  And then did you have any further communication with
19    anybody either in the school or outside the school?
20 A  Mr. Stroub had reached out and I ended up not getting back
21    with him until that evening.  I sent an email response to
22    him.
23 Q  And how had he contacted you?  Was that via email as well?
24 A  Good question.  I can't recall.  We had had a phone -- I
25    think I had left a message.  And then I had sent a follow-up

**Page 13**

1     email.
2  Q  When you say you left a message, you mean a -- like, a
3     voicemail message?
4  A  I believe so.  It's -- I really don't recall what order that
5     exactly happened in.
6  Q  Does that mean that he had contacted you via phone and left
7     you a message?
8  A  I -- all I remember is responding from the email.
9  Q  So you do recall him sending him an email?
10 A  Yes.
11 Q  Do you remember if he sent you an email?
12 A  Not after that.
13 Q  What about before that?
14 A  I would have to look.
15 Q  Do you have that with you?
16 A  Yeah.
17 Q  You can take a look.
18        (Witness reviews document)
19 A  Yeah, so he did send an email at 3:31 p.m.  And he stated,
20    "So I'm told you guys made her put her hat in her locker
21    after we spoke; is that true?"  And then I did not respond
22    to him until 5:17.
23 Q  Okay.  If you could, take a look at what's going to be
24    marked as Exhibit 1.
25        (Deposition Exhibit 1 marked)



```
 1  Q  Is that the -- your email response?
 2  A  Yeah; yes.  Sorry.
 3  Q  If C.S. was wearing the hat -- you saw the hat yourself; is
 4     that right?
 5  A  Yes.
 6  Q  Okay.
 7           (Deposition Exhibit 2 marked)
 8  Q  I'll show you what's been marked as Exhibit 2 that I'll
 9     represent was a photograph taken of the hat.  Does that
10     (indicating) look like the hat to you?
11  A  Yes.
12  Q  And so when you went down to C.S.'s classroom, at that point
13     your intention was to tell her to remove the hat; is that
14     correct?
15  A  Yes.
16  Q  All right.  And you had not yet seen the hat; is that right?
17  A  No, not until I asked her to come out of class.
18  Q  All you knew about it was what Mr. Papanek had told you
19     about it?
20  A  Correct.
21  Q  And do you remember exactly what he told you about it?
22  A  I'm not exactly -- no.  I know he said that there was a
23     weapon on it.
24  Q  Now, if you look at Exhibit 2 on the picture of the hat, can
25     you tell me what about the hat was unacceptable?
```
Page 14

```
 1  A  Well, it has a weapon on it, and the phrase, "Come and take
 2     it."  I took that as threatening.
 3  Q  In what way did you take that to be threatening?
 4  A  The phrase itself seems like it's trying to incite someone
 5     to come and have an altercation to take a weapon.
 6  Q  You weren't aware that C.S. actually had a weapon at school,
 7     were you?
 8  A  No.
 9  Q  And to your knowledge, she didn't have a weapon at school,
10     did she?
11  A  No.
12  Q  So when you're saying that was inciting someone to come and
13     take a weapon, was that just, like, figuratively?  I mean,
14     if there wasn't a weapon, what were you saying that it would
15     incite someone to take?
16  A  Well, they're implying, "Come and take that weapon."  That's
17     how I interpreted it.
18  Q  Are you saying the weapon on the hat?  Like, the hat itself?
19     Or what?
20  A  Weapons in general.
21  Q  And then you also said the hat was objectionable because
22     of -- the hat has a depiction of a rifle on it?  You said a
23     weapon; is that correct?
24  A  Correct.
25  Q  And why is that objectionable?
```
Page 15

```
 1  A  Well, because we're in an elementary school setting and it
 2     is a gun-free zone.  And I didn't feel that any type of
 3     weapons are appropriate in the school setting or anything
 4     that suggests violence.  Guns often suggest violence.  And
 5     so that was my reasoning.
 6  Q  Okay.  There's also a depiction of a star on the hat; is
 7     that right?
 8  A  Uh-huh (affirmative).
 9  Q  Did you have any objection to the star?
10           MR. LOBELLO:  You have to say "yes."  Just a
11     reminder.
12           THE WITNESS:  Oh.
13           MR. MONROE:  Thank you.
14           THE WITNESS:  Thank you.
15  A  Yes, I see the star.  I had no -- I wasn't paying attention
16     to the star.
17  Q  So that wasn't a concern for you?
18  A  No.
19  Q  Now, let's start with the image of the rifle.  Was there
20     anything in the -- in the student handbook that would
21     expressly prohibit the depiction of the rifle?
22  A  Well, it was at principal's discretion; anything that
23     incites -- has violent themes or can incite violence or
24     disrupt the educational setting.
25           (Deposition Exhibit 3 marked)
```
Page 16

```
 1  Q  I'm going to show you what's been marked as Exhibit 3.  Is
 2     that the student handbook that was in effect at that time?
 3  A  It is.
 4  Q  And who wrote that handbook?
 5  A  The handbook was in place when I came to Robert Kerr.  And
 6     it is reviewed by a committee every year and then put to the
 7     board of education for approval.
 8  Q  When did you start at Robert Kerr?
 9  A  I started in August of '21.
10  Q  And that handbook was already in place?
11  A  This was the existing one that was there, yes.  And then
12     it's reviewed every year and then presented to the board.  I
13     don't recall what month it was presented to the board.
14  Q  Had the school year already started when you started?
15  A  No.
16  Q  But the handbook for that school year was already in place,
17     you say?
18  A  Well, we use the baseline handbook every year so we just
19     review it every year to see if there's any modifications
20     that need to be made.
21  Q  For the next year?
22  A  Uh-huh (affirmative).
23  Q  Had that review for the 2021/2022 school year already
24     occurred?
25  A  I don't recall.
```
Page 17



```
 1  Q  Well, did you take part in a review for the 2021/2022 school
 2     year?
 3  A  I know we had met as an administrative team to discuss it
 4     and determine when it was going before the board.  So I
 5     don't recall making any definitive changes when I came in,
 6     no.
 7  Q  Okay.  So are you saying that when you started the handbook,
 8     Exhibit 3, had not yet been approved by the board?
 9  A  I don't recall when it was approved by the board.
10  Q  Was it approved by the board while you were there?
11  A  I know it was approved by the board, yes.  I don't know at
12     what point.
13  Q  Do you know whether it was approved before or after you
14     started?
15  A  I do not.
16  Q  And then you said that it was the principal's discretion
17     what was appropriate; is that correct?
18  A  Uh-huh (affirmative).
19  Q  Can you point to what in there gives the principal's
20     discretion?
21  A  "The building principal staff has the right to decide what
22     is offensive.  But some examples are words/slogans that
23     advertise illegal substances, words/slogans that are
24     racially or religiously offensive, violence themes, vulgar
25     or sexual innuendo, et cetera."
```

Page 18

```
 1  A  Well, that was decision was made at the beginning of the
 2     year based on our dress code.  This fell under that.  That's
 3     how I interpret it.  Because my responsibility is to enforce
 4     the dress code across the board.
 5  Q  Well, I guess what I'm -- what I'm asking is you said that
 6     you had exercised your discretion with regard to the hat; is
 7     that right?
 8  A  Uh-huh (affirmative).
 9  Q  And so what I'm trying to find out is --
10         MR. LOBELLO:  You've got to say "yes."  Sorry.  I
11  didn't mean to interrupt.
12         THE WITNESS:  Yeah.  Sorry.
13         MR. LOBELLO:  You've got to say "yes."
14         MR. MONROE:  I appreciate it.
15  Q  So what I'm trying to find out is, if you had considered the
16     issue generally of weapons depicted on clothing and decided
17     before February 17th that that wouldn't be appropriate, or
18     if you first considered it when you learned of the hat and
19     made the decision on that day that the hat wasn't
20     appropriate?
21  A  Yeah; no.  From the beginning of the school year, those
22     things were not appropriate for the school environment.
23  Q  All right.  So I -- for some reason you had considered
24     before February 17th the topic of students wearing clothing
25     depicting weapons?
```

Page 20

```
 1  Q  And can you just tell us for the record what you're reading
 2     from?
 3  A  I am reading under "Proper Clothing" in the Bertha Neal
 4     Robert Kerr Durand Area Schools student handbook for the
 5     2021/2022 school year.
 6  Q  And that's on page 14; is that right?
 7  A  Correct.
 8  Q  Before the incident on February 17th, 2022, had there been
 9     any discussion within the school about the appropriateness
10     of students wearing clothing that depicted weapons?
11  A  A specific conversation regarding weapons?
12  Q  Yes.
13  A  No.
14  Q  So, I mean, if that's the case, does that mean you made the
15     decision on that day, on February 17th, 2022, that the hat
16     depicting a weapon was not appropriate?
17  A  What do you mean, did I make the decision?
18  Q  Well, my understanding from our previous discussion was that
19     you exercised discretion to determine that the hat that C.S.
20     wore to school was not appropriate; is that right?
21  A  Yes.
22  Q  And so what I'm trying to ask is, if you had already
23     considered whether the depiction of weapons on clothing
24     would be inappropriate before that day or if you made that
25     decision on that day when you became aware of the hat?
```

Page 19

```
 1  A  Not just weapons, anything that falls within our parameters.
 2  Q  I'm asking just about clothing depicting weapons, though.
 3     So are you saying that at some point --
 4  A  You're asking -- sorry.  I'm just trying to understand.  Are
 5     you asking me if I sat and purposely thought about just a
 6     weapon's example prior to February 17th?
 7  Q  Yes.
 8  A  Without considering the entire dress code policy, I -- and I
 9     guess maybe that's an interpretation because for me it was
10     any words or the slogans or anything racially offensive or
11     vulgar language, beer logos, other inappropriate, you
12     know -- advertising things that aren't appropriate.  It
13     wasn't -- I just didn't stop and specifically think about
14     weapons.  I thought about it all.  I mean, those are things
15     that I have to be cognizant of and be mindful of because we
16     have to address -- you know, like be mindful every day as
17     kids come in.  So I'm trying to best understand your
18     question.
19  Q  Well, and I'm probably having a hard time asking it.  What
20     I'm wanting to know if you had considered the concept of
21     weapons on clothing before February 17th and -- even if it
22     was in conjunction with other things -- and thought, "Oh,
23     that's not appropriate," or if you hadn't really even
24     considered it before February 17th.  And then when the hat
25     came up you said, "Oh, that's not appropriate."
```

Page 21

6 (Pages 18 to 21)



Page 22

1  A   Yeah, I -- from my own perspective, no, I do not -- I feel
2      there is no appropriate pictures of weapons that would be
3      appropriate in the school setting at any time.
4  Q   Well, I think I understand that.
5  A   Okay.
6  Q   That you don't think weapons would be appropriate. What I'm
7      wanting to know is when you made that decision?
8  A   Well, that was -- this was the first instance that school
9      year where I had addressed specifically a weapon clothing
10     violation. So, yes, at that point that was the first time I
11     had had to address that specifically that school year.
12 Q   So it hadn't come up before?
13 A   Not with weapons, no. Other things, yes, but not weapons.
14 Q   And then the phrase, "Come and take it." I don't imagine
15     you had considered that phrase prior to February 17th; is
16     that correct?
17 A   That particular phrase verbatim?
18 Q   Yes.
19 A   No.
20 Q   And what about that phrase did you think was inappropriate?
21 A   Well, we strive to teach kindness to our kids. And making a
22     declarative statement, "Come and take it," is often -- I
23     interpreted it as inciting an altercation or could incite an
24     altercation.
25 Q   I want to make sure I heard the word right. It sounded

Page 23

1      like -- to me like you said "a decorative phrase" but I
2      don't think that's what you meant.
3  A   No, I didn't say "decorative."
4  Q   Okay. Do you know what the adjective was you used before
5      phrase?
6  A   No.
7  Q   Okay.
8  A   Can he (indicating) tell me what I said?
9  Q   All right. Did you think -- let's start with the image of
10     the rifle first. Did you think that the image of the rifle
11     on the hat would cause any kind of disruption in the school?
12 A   I felt it could, yes.
13 Q   And what kind of disruption did you think it would cause?
14 A   Fear.
15 Q   Fear among?
16 A   Students.
17 Q   Did you either receive directly or via Mr. Papanek or anyone
18     else at school that any students had expressed fear
19     regarding the hat?
20 A   Not at that point because it was first thing in the morning.
21 Q   Did you later?
22 A   From students?
23 Q   Yes.
24 A   No, because we had her remove it.
25 Q   Any other kind of disruption you thought might occur other

Page 24

1      than fear among students?
2  A   I felt staff would be very uncomfortable with it as well.
3  Q   And how did you think that discomfort would manifest itself?
4  A   Well, they would communicate to me that that was -- if it
5      wasn't addressed, I know staff would have reached out to
6      notify me that we had a student wearing that and it did not
7      fall within our dress code policy.
8  Q   Is there any other kind of disruption you thought might
9      occur if C.S. were allowed to wear the hat?
10 A   Well, other than the -- we have students that attended --
11     attended Robert Kerr that had moved from Oxford. And I had
12     had several conversations with their parents. And those
13     students were receiving counseling and social work support
14     to deal with the trauma. And so -- and again in this day
15     and age, it's -- with all the school shootings we have, it's
16     a picture of an automatic weapon. I didn't feel it was
17     appropriate.
18 Q   No, I understand you didn't think it was appropriate. What
19     I was asking is, is there any other way that you thought
20     that allowing C.S. to wear the hat would cause a disruption?
21 A   Other than inciting fear?
22 Q   Yes.
23 A   I can't speak for what might have happened.
24 Q   The phrase "Come and take it," did you think that that might
25     cause a disruption?

Page 25

1  A   Possibly.
2  Q   And what kind of disruption did you think it might cause?
3  A   Again, I would only theorizing about what could have
4      happened. But we have young -- young kids who can be very
5      impetuous and could perceive that as a dare to try and take
6      the hat off of her.
7  Q   And other than Mr. Papanek coming and talking to you about
8      the hat, did you receive any complaints about the hat from
9      students or staff or anyone?
10 A   No, because it was first thing in the morning. Well, I did
11     speak with her classroom teacher. But she was aware that
12     Mr. Papanek was addressing it.
13 Q   Did the teacher express any concern to you about the hat?
14 A   Yes.
15 Q   What did she say?
16 A   She didn't feel it was appropriate either. She wanted me to
17     be aware that we had a student with a hat with a gun on it.
18 Q   Was that before or after you talked to C.S.?
19 A   It was after.
20 Q   All right. So you had already dealt with it at that time?
21 A   We had already dealt with it, yeah. But, again, she knew
22     that we were addressing it.
23 Q   Were you concerned that the wearing of the hat would result
24     in truancy at the school or an increase in truancy, I should
25     say?



### Page 26

 1  A  From her or -- I'm not sure --
 2  Q  No, from others.
 3  A  From others?  I hadn't considered that.
 4  Q  Did you have any concern that the wearing of the hat would
 5     cause test scores to fall?
 6  A  I'm not sure.  I guess I don't understand that question.
 7  Q  Well, were you concerned that if C.S. were allowed to wear
 8     the hat that that would a negative impact on students' test
 9     scores?
10  A  I think it would -- could disrupt the educational
11     environment.  So anything that is involved in that from
12     classroom work, if they're taking a test that day, it could
13     have impacted it if kids were uncomfortable.
14  Q  Did you have that concern on that day?
15  A  If I sat down and thought through the whole -- again, at
16     that moment, I wasn't theorizing.  I was looking at what was
17     in front of me.  I was applying our dress code policy.
18  Q  And you only remained at the school, then, for the rest of
19     that school year; is that correct?
20  A  Correct.
21  Q  Did anything about the policy or your enforcement of it as
22     it would apply to the hat change during the rest of the
23     school year?
24  A  No.
25  Q  So that hat wouldn't have been allowed at any time?

### Page 27

 1  A  At any time.
 2  Q  And then let me ask you about how the policy would apply
 3     generally.  I don't want to put words in your mouth.  But I
 4     understand what you've said is that any clothing depicting a
 5     weapon would not be allowed; is that correct?
 6  A  Correct.
 7  Q  So it wouldn't really matter the nature of the weapon or how
 8     it was displayed or anything like that?
 9  A  Correct.
10  Q  Going back to Exhibit 1, you mention in the email to Mr.
11     Stroub that you included Mr. McCrumb on the email; is that
12     correct?
13  A  Uh-huh (affirmative).
14        MR. LOBELLO:  You have to say "yes."
15        MR. MONROE:  Yes, thank you.
16  A  Yes.
17  Q  Had you already --
18        MR. LOBELLO:  Doing fine.
19  Q  Had you already discussed the issue with Mr. McCrumb before
20     you sent the email?
21  A  He was in my office with me when I -- when I was notified
22     of -- made aware of that.
23  Q  Are you saying that Mr. McCrumb was in your office when Mr.
24     Papanek came the first time?
25  A  Correct.

### Page 28

 1  Q  And was Mr. McCrumb still there when Mr. Papanek came the
 2     second time?
 3  A  I don't recall that.  I don't recall.  He had left shortly
 4     thereafter.  I don't recall if he was still there when Mr.
 5     Papanek came back for the second time.
 6  Q  Did Mr. McCrumb participate in the conversation with you and
 7     Mr. Papanek?
 8  A  He was present for it, and we just -- Mike and I -- Mr.
 9     Papanek and I had the conversation as to what I would like
10     him to do.  So I don't recall him making a specific
11     statement.  But he was there and -- and listened to the
12     conversation.
13  Q  So he was present, but you don't know if he participated or
14     not?
15  A  I don't recall him interjecting into the conversation, no.
16  Q  And then did you have any conversation with Mr. McCrumb
17     about it after Mr. Papanek left?
18  A  Well, that's why I included him in this so he was aware of
19     what had transpired afterwards because he was there when it
20     was first brought to my attention.  So I wanted him to be
21     aware of what I communicated back.
22  Q  Well, had you had any conversation with him about it
23     between --
24  A  That and this (indicating)?
25  Q  Yes.

### Page 29

 1  A  I don't recall if I -- if I did or not.
 2  Q  You didn't have any email exchange with him about it?
 3  A  I would have to look.  I'll be honest.  I really don't
 4     recall.  I would have to look back and see.
 5  Q  And then other than -- well, let me strike that.  Before the
 6     lawsuit was filed, did you have any discussion with Mr.
 7     McCrumb about the incident?
 8  A  Not afterwards, no.
 9        MR. MONROE:  That's all the questions I have.
10        MR. LOBELLO:  No questions for me.  You're all
11     set.
12        (Deposition concluded at 10:27 a.m.)
13
14                    -o-0-o-



### A
**a.m** 1:21 4:2 29:12
**accompanied** 5:8
**action** 11:3
**Adam** 1:3 2:8
**address** 21:16 22:11
**addressed** 22:9 24:5
**addressing** 25:12 25:22
**adjective** 23:4
**administration** 6:9
**administrative** 18:3
**administrator** 6:4
**advertise** 18:23
**advertising** 21:12
**affirm** 4:7
**affirmative** 4:19 5:7 16:8 17:22 18:18 20:8 27:13
**age** 24:15
**allowed** 24:9 26:7 26:25 27:5
**allowing** 24:20
**altercation** 15:5 22:23,24
**alternative** 10:24 11:8 12:1
**Amy** 1:10,19 4:10 4:15
**Andrews** 2:6
**anecdotally** 7:16
**answer** 5:2,20,22
**answers** 4:24
**anybody** 12:19
**APPEARANCES** 2:1
**applicable** 8:9
**applied** 8:11,18
**apply** 26:22 27:2
**applying** 26:17
**appreciate** 20:14
**appropriate** 7:24 8:4,6,9,13,14 10:20,22 12:9 16:3 18:17 19:16 19:20 20:17,20,22 21:12,23,25 22:2 22:3,6 24:17,18 25:16
**appropriately** 10:3
**appropriateness** 19:9

**approval** 17:7
**approved** 18:8,9,10 18:11,13
**Area** 1:8 19:4
**arts** 6:6
**asked** 10:23 12:7,9 14:17
**asking** 5:1 9:9 10:14 10:17 20:5 21:2,4 21:5,19 24:19
**assists** 9:25
**assume** 5:19 7:18
**attended** 24:10,11
**attention** 9:17 11:17 16:15 28:20
**attorney** 4:4
**August** 6:22 17:9
**automatic** 24:16
**avoid** 5:11
**aware** 9:15 15:6 19:25 25:11,17 27:22 28:18,21

### B
**bachelor** 6:6,6
**bachelor's** 6:2,5
**back** 7:20 10:5,14 11:10,18,24 12:11 12:20 27:10 28:5 28:21 29:4
**background** 5:25
**based** 20:2
**baseline** 17:18
**beer** 8:12 21:11
**beginning** 20:1,21
**behaving** 10:2
**behavior** 9:23
**believe** 13:4
**Bertha** 19:3
**best** 21:17
**better** 8:16
**bit** 11:14
**board** 8:11,21 17:7 17:12,13 18:4,8,9 18:10,11 20:4
**break** 5:21,23
**bring** 11:9,9
**bringing** 12:3
**broad** 9:8
**brought** 9:17 11:17 28:20
**building** 18:21

### C
**C.S** 1:3 9:15 12:7 14:3 15:6 19:19 24:9,20 25:18 26:7
**C.S.'s** 11:25 14:12
**called** 4:11
**Capacity** 1:8,11,15
**case** 4:4 7:11 9:16 19:14
**cause** 23:11,13 24:20,25 25:2 26:5
**CER** 2:10
**certain** 9:2
**Certified** 2:11
**cetera** 18:25
**challenge** 7:25
**change** 26:22
**changes** 18:5
**Charles** 6:11,13
**circling** 10:5
**city** 6:17
**clarification** 5:17
**class** 12:11 14:17
**classroom** 10:3 12:6 14:12 25:11 26:12
**clothing** 19:3,10,23 20:16,24 21:2,21 22:9 27:4
**coach** 1:15 9:23
**code** 8:10,18 20:2,4 21:8 24:7 26:17
**cognizant** 21:15
**come** 11:10,11 12:7 14:17 15:1,5,12 15:16 21:17 22:12 22:14,22 24:24
**coming** 25:7
**committee** 17:6
**communicate** 24:4
**communicated** 28:21
**communication** 12:18
**Community** 6:11 7:8
**complaints** 25:8
**concept** 21:20
**concern** 9:20 10:7 16:17 25:13 26:4 26:14

**concerned** 25:23 26:7
**concerns** 10:8
**concluded** 29:12
**conjunction** 21:22
**considered** 19:23 20:15,18,23 21:20 21:24 22:15 26:3
**considering** 21:8
**contacted** 12:23 13:6
**CONTENTS** 3:1
**conversation** 11:6 19:11 28:6,9,12 28:15,16,22
**conversations** 11:15 24:12
**Corporation** 2:11
**correct** 7:14,15,18 7:22 10:15,16 11:4 14:14,20 15:23,24 18:17 19:7 22:16 26:19 26:20 27:5,6,9,12 27:25
**counseling** 24:13
**court** 1:1 4:22
**Craig** 1:7 2:8
**currently** 6:10

### D
**DANIEL** 2:5
**dare** 25:5
**Dawsonville** 2:3
**day** 1:20 7:21,21 9:14 19:15,24,25 20:19 21:16 24:14 26:12,14
**deal** 10:18 24:14
**dealt** 25:20,21
**December** 1:20 4:2
**decide** 18:21
**decided** 20:16
**decision** 19:15,17 19:25 20:1,19 22:7
**declarative** 22:22
**decorative** 23:1,3
**Defendant** 2:5
**Defendants** 1:17
**definitive** 18:5
**degree** 6:5

**depicted** 19:10 20:16
**depicting** 19:16 20:25 21:2 27:4
**depiction** 15:22 16:6,21 19:23
**deposition** 1:19 3:8 3:9,10 4:20 13:25 14:7 16:25 29:12
**description** 8:8
**designated** 7:21
**details** 9:21
**determine** 18:4 19:19
**different** 8:9,17,24 10:24
**directed** 11:17
**direction** 10:17 11:20
**directly** 10:9 23:17
**discipline** 9:25
**discomfort** 24:3
**discretion** 16:22 18:16,20 19:19 20:6
**discuss** 10:6 18:3
**discussed** 27:19
**discussion** 19:9,18 29:6
**displayed** 27:8
**disrupt** 16:24 26:10
**disruption** 23:11,13 23:25 24:8,20,25 25:2
**DISTRICT** 1:1,2
**document** 13:18
**doing** 8:1 27:18
**Doyle** 2:5
**dress** 8:10,18 20:2,4 21:8 24:7 26:17
**Durand** 1:8 7:1 19:4

### E
**early** 12:16
**Eastern** 1:2 6:2
**education** 17:7
**educational** 5:25 16:24 26:10
**effect** 17:2
**either** 12:19 23:17 25:16



**Electronic** 2:11
**elementary** 1:11,16
    7:1,4,5,13 16:1
**email** 3:8 12:21,23
    13:1,8,9,11,19
    14:1 27:10,11,20
    29:2
**employed** 6:10
**ended** 12:20
**enforce** 20:3
**enforcement** 26:21
**English** 6:7
**entail** 9:24
**entire** 21:8
**environment** 20:22
    26:11
**equally** 8:11
**Eric** 2:10
**et** 18:25
**evening** 12:21
**exactly** 13:5 14:21
    14:22
**Examination** 3:3
    4:12
**example** 8:12 9:9
    21:6
**examples** 18:22
**exchange** 29:2
**Excuse** 7:7
**exercised** 19:19
    20:6
**Exhibit** 3:6,8,9,10
    13:24,25 14:7,8
    14:24 16:25 17:1
    18:8 27:10
**existing** 17:11
**explained** 12:7
**express** 25:13
**expressed** 23:18
**expressly** 16:21

___F___
**fall** 24:7 26:5
**falls** 9:3 21:1
**familiar** 7:16
**fear** 23:14,15,18
    24:1,21
**February** 7:14 9:14
    19:8,15 20:17,24
    21:6,21,24 22:15
**feel** 10:20 16:2 22:1
    24:16 25:16

**fell** 20:2
**felt** 10:19,21 23:12
    24:2
**figuratively** 15:13
**File** 1:5
**filed** 29:6
**find** 20:9,15
**fine** 5:8 27:18
**finish** 5:1
**Firm** 2:12
**first** 6:23 10:11
    11:20,21 12:15
    20:18 22:8,10
    23:10,20 25:10
    27:24 28:20
**Flint** 1:21 4:1
**floor** 5:22
**follow-up** 12:25
**four** 6:4
**Friday** 4:2
**friend** 1:3
**front** 26:17
**further** 12:18

___G___
**general** 9:8 15:20
**generally** 8:9,18
    20:16 27:3
**Georgia** 2:3
**getting** 12:20
**give** 4:8,24
**given** 4:20
**gives** 18:19
**go** 6:15 10:1,4
**going** 13:23 17:1
    18:4 27:10
**good** 4:3 5:9 12:24
**Gotcha** 5:4
**grades** 6:20
**great** 7:25
**guess** 20:5 21:9 26:6
**guidance** 10:17
**gun** 10:12 25:17
**gun-free** 16:2
**Guns** 16:4
**guys** 13:20

___H___
**handbook** 3:10
    16:20 17:2,4,5,10
    17:16,18 18:7
    19:4

**happen** 11:22
**happened** 13:5
    24:23 25:4
**hard** 5:13 21:19
**hat** 3:9 7:21 8:25
    10:9,24 11:9,12
    11:12 12:1,4,8,10
    12:12 13:20 14:3
    14:3,9,10,13,16
    14:24,25 15:18,18
    15:21,22 16:6
    19:15,19,25 20:6
    20:18,19 21:24
    23:11,19 24:9,20
    25:6,8,8,13,17,23
    26:4,8,22,25
**hats** 7:24 8:17,24
**head** 5:7,8
**heard** 22:25
**high** 7:8
**honest** 29:3

___I___
**identified** 9:3
**illegal** 18:23
**image** 16:19 23:9,10
**imagine** 22:14
**impact** 26:8
**impacted** 26:13
**impetuous** 25:5
**implying** 15:16
**inappropriate** 8:6
    9:5,13 19:24
    21:11 22:20
**incidences** 10:2
**incident** 7:17 9:15
    10:6 19:8 29:7
**incite** 15:4,15 16:23
    22:23
**incites** 16:23
**inciting** 15:12 22:23
    24:21
**included** 27:11
    28:18
**increase** 25:24
**INDEX** 3:6
**indicating** 6:15
    14:10 23:8 28:24
**Individually** 1:7,10
    1:14
**innuendo** 18:25
**instance** 22:8

**intending** 8:15
**intention** 14:13
**interjecting** 28:15
**interpret** 20:3
**interpretation** 21:9
**interpreted** 12:2
    15:17 22:23
**interrupt** 20:11
**involved** 26:11
**involving** 9:15
**issue** 20:16 27:19

___J___
**J** 2:5
**job** 6:17
**John** 2:2,2 4:3
**Johnston** 2:10
**Jones** 2:3
**JR** 2:5
**junior/senior** 7:8

___K___
**K-12** 6:9
**keep** 4:22 8:13
**Kerr** 1:11,16 7:1,4
    7:10,13 17:5,8
    19:4 24:11
**kids** 9:7,25 10:1
    21:17 22:21 25:4
    26:13
**kind** 23:11,13,25
    24:8 25:2
**kindness** 7:25 22:21
**knew** 14:18 25:21
**know** 5:17 6:16,17
    8:5 9:4 12:14
    14:22 18:3,11,11
    18:13 21:12,16,20
    22:7 23:4 24:5
    28:13
**knowledge** 15:9

___L___
**L-e-f-f-e-l** 4:17
**lack** 8:16
**language** 8:12 9:5
    21:11
**Law** 2:2
**lawsuit** 7:17 29:6
**learned** 20:18
**leaving** 7:10
**Leffel** 1:10,19 4:6,9

    4:10,15
**left** 11:24 12:25
    13:2,6 28:3,17
**let's** 16:19 23:9
**listed** 9:4
**listened** 28:11
**little** 11:14
**LOBELLO** 2:5
    16:10 20:10,13
    27:14,18 29:10
**locker** 10:10 12:10
    12:11 13:20
**logo** 9:11
**logos** 8:6,12 9:1,1
    21:11
**long** 6:21 7:2
**look** 13:14,17,23
    14:10,24 29:3,4
**looking** 26:16
**lot** 9:6
**Lynn** 4:15

___M___
**major** 6:7
**making** 18:5 22:21
    28:10
**manifest** 24:3
**marathon** 5:20
**marked** 3:8,9,10
    13:24,25 14:7,8
    16:25 17:1
**master's** 6:2,8
**matter** 27:7
**McCrumb** 1:7 2:8
    27:11,19,23 28:1
    28:6,16 29:7
**mean** 7:23 8:4 9:1
    9:10 13:2,6 15:13
    19:14,14,17 20:11
    21:14
**means** 5:12,14
**meant** 23:2
**meeting** 11:21,21
    11:22
**mention** 27:10
**message** 12:25 13:2
    13:3,7
**met** 18:3
**Michael** 1:14 2:9
**Michigan** 1:2,21
    2:6 4:1 6:3,13,15
**middle/high** 6:18,19

**Mike** 28:8
**mind** 4:22
**mindful** 21:15,16
**minor** 6:7 10:2
**modifications** 17:19
**moment** 26:16
**Monroe** 2:2,2 3:3
    4:3,4,13 16:13
    20:14 27:15 29:9
**month** 17:13
**morning** 4:3 10:11
    12:15,16 23:20
    25:10
**Morris** 7:7
**mouth** 27:3
**moved** 24:11

————— N —————
**name** 4:3,14,16
**nature** 27:7
**Neal** 19:3
**need** 5:16,21,23
    9:25 17:20
**negative** 26:8
**Network** 2:11
**Nike** 9:10
**nod** 5:8,9
**Nodding** 5:7
**North** 1:21
**notified** 27:21
**notify** 24:6
**Number** 2:12

————— O —————
**O'Neill** 2:5
**objection** 16:9
**objectionable** 15:21
    15:25
**occur** 23:25 24:9
**occurred** 17:24
**offensive** 18:22,24
    21:10
**offer** 10:23 12:1
**offered** 11:8
**office** 9:19 10:5,10
    27:21,23
**official** 1:7,15
**Oh** 12:15 16:12
    21:22,25
**Okay** 4:6,22,25
    5:10,15,18,24
    6:15 8:2,22 11:14

    12:18 13:23 14:6
    16:6 18:7 22:5
    23:4,7
**once** 5:3
**online** 9:7
**oral** 5:5
**order** 13:4
**outside** 12:19
**Oxford** 24:11

————— P —————
**p.m** 13:19
**P81069** 2:5
**page** 3:2,6 19:6
**Papanek** 1:14 2:9
    9:17,22,23 10:2,4
    11:2,16 14:18
    23:17 25:7,12
    27:24 28:1,5,7,9
    28:17
**parameters** 21:1
**parent's** 11:18
**parents** 10:23 11:18
    11:25 24:12
**part** 7:25 18:1
**participate** 8:3 28:6
**participated** 28:13
**particular** 9:14
    22:17
**paying** 16:15
**PC** 2:2,5
**people** 5:12
**perceive** 25:5
**perceived** 9:13
**perspective** 22:1
**phone** 12:24 13:6
**photograph** 3:9
    14:9
**phrase** 15:1,4 22:14
    22:15,17,20 23:1
    23:5 24:24
**picture** 10:12 12:8
    14:24 24:16
**pictures** 8:6 22:2
**place** 12:10 17:5,10
    17:16
**Plaintiff** 1:4,20 2:2
    4:11
**Plaintiffs'** 4:4
**please** 4:14,16 6:1
**point** 11:1 12:5,6
    14:12 18:12,19

    21:3 22:10 23:20
**policy** 21:8 24:7
    26:17,21 27:2
**position** 7:4
**Possibly** 25:1
**present** 2:8 28:8,13
**presented** 17:12,13
**previous** 19:18
**principal** 1:11 6:18
    7:5,9,13 18:21
**principal's** 16:22
    18:16,19
**prior** 21:6 22:15
**probably** 8:15
    21:19
**products** 9:2,2
**prohibit** 16:21
**prohibited** 9:12
**Proper** 19:3
**provide** 5:20
**purposely** 21:5
**put** 12:10 13:20
    17:6 27:3

————— Q —————
**question** 5:2,16,19
    5:22 12:24 21:18
    26:6
**questions** 4:5,23
    29:9,10

————— R —————
**R** 2:2,10
**racially** 18:24 21:10
**reach** 10:23 11:17
**reached** 11:7 12:20
    24:5
**reading** 19:1,3
**really** 13:4 21:23
    27:7 29:3
**reason** 20:23
**reasoning** 16:5
**reasons** 7:10
**recall** 11:7,23 12:24
    13:4,9 17:13,25
    18:5,9 28:3,3,4,10
    28:15 29:1,4
**receive** 10:3 23:17
    25:8
**received** 6:2
**receiving** 24:13
**record** 4:14 19:1

**RECORDED** 2:10
**Recorder** 2:11
**referral** 10:1
**regard** 20:6
**regarding** 19:11
    23:19
**Regardless** 8:23
**regards** 9:25 10:2
**Registration** 2:12
**relate** 11:11
**related** 7:10 10:9,13
**relay** 11:10
**relayed** 10:11
**religiously** 18:24
**remained** 26:18
**remember** 13:8,11
    14:21
**reminder** 16:11
**remove** 10:24 11:12
    14:13 23:24
**removed** 11:12
    12:10
**replace** 12:1
**reported** 10:15
**reporter** 4:7,23
**Reporting** 2:11
**represent** 14:9
**respond** 13:21
**responding** 13:8
**response** 11:19
    12:21 14:1
**responses** 5:6
**responsibility** 20:3
**rest** 26:18,22
**result** 25:23
**review** 17:19,23
    18:1
**reviewed** 17:6,12
**reviews** 13:18
**rifle** 15:22 16:19,21
    23:10,10
**right** 6:16 7:16,21
    10:6 14:4,16,16
    16:7 18:21 19:6
    19:20 20:7,23
    22:25 23:9 25:20
**rise** 7:17
**Road** 2:3,6
**Robert** 1:11,15 2:3
    7:1,4,10,13 17:5,8
    19:4 24:11
**rules** 8:16,17,24

**run** 10:19

————— S —————
**Saginaw** 1:21 2:6
**Saint** 2:6 6:11,13
**sat** 21:5 26:15
**saw** 10:11 14:3
**saying** 9:11 10:12
    15:12,14,18 18:7
    21:3 27:23
**school** 1:12,16 3:10
    6:18,19,23 7:8,21
    7:24 8:4,7,8,10,14
    8:18 10:22 12:9
    12:19,19 15:6,9
    16:1,3 17:14,16
    17:23 18:1 19:5,9
    19:20 20:21,22
    22:3,8,11 23:11
    23:18 24:15 25:24
    26:18,19,23
**school-** 9:13
**Schools** 1:8 6:11 7:8
    19:4
**science** 6:6,7
**scores** 26:5,9
**second** 28:2,5
**secondhand** 7:17
**see** 9:6,7 10:1,19
    16:15 17:19 29:4
**seen** 10:9 14:16
**select** 9:4
**send** 13:19
**sending** 13:9
**sent** 12:21,25 13:11
    27:20
**separate** 11:15
**set** 29:11
**setting** 8:14 10:22
    16:1,3,24 22:3
**sexual** 18:25
**share** 9:19 10:7
**shirt** 8:25
**shootings** 24:15
**shortly** 28:3
**show** 14:8 17:1
**situation** 10:18
**slang** 8:12
**slogans** 21:10
**social** 24:13
**solemnly** 4:7
**sorry** 6:6 7:7 11:9

14:2 20:10,12 21:4
**sounded** 22:25
**sounds** 11:15
**speak** 12:12 24:23 25:11
**specific** 19:11 28:10
**specifically** 21:13 22:9,11
**spell** 4:16
**spoke** 13:21
**spoken** 5:12
**staff** 8:3 18:21 24:2 24:5 25:9
**star** 16:6,9,15,16
**start** 16:19 17:8 23:9
**started** 17:9,14,14 18:7,14
**state** 4:14
**stated** 13:19
**statement** 9:8 22:22 28:11
**statements** 8:13
**STATES** 1:1
**stop** 21:13
**Street** 1:21
**strike** 29:5
**strive** 22:21
**Stroub** 1:3 2:8 11:8 11:11 12:20 27:11
**student** 9:9 16:20 17:2 19:4 24:6 25:17
**students** 7:24 8:3 19:10 20:24 23:16 23:18,22 24:1,10 24:13 25:9
**students'** 26:8
**subordinate** 10:15
**substances** 18:23
**success** 9:23
**suggest** 16:4
**suggests** 16:4
**Suite** 2:6
**Superintendent** 1:8
**support** 24:13
**sure** 5:1 22:25 26:1 26:6
**swear** 4:7 9:4
**Swoosh** 9:10
**sworn** 4:11

**T**
**TABLE** 3:1
**take** 5:2,21,21,23 13:17,23 15:1,3,5 15:13,15,16 18:1 22:14,22 24:24 25:5
**taken** 1:20 5:13 11:2,2 14:9
**talked** 11:25 25:18
**talking** 25:7
**teach** 22:21
**teacher** 6:3 25:11 25:13
**team** 18:3
**tell** 5:25 7:20 8:4 9:21 14:13,25 19:1 23:8
**test** 26:5,8,12
**testimony** 4:8
**thank** 4:18 16:13,14 27:15
**themes** 9:6 16:23 18:24
**theorizing** 25:3 26:16
**thing** 6:15 10:11,20 12:15 23:20 25:10
**things** 4:22 5:11 8:13 9:3,6,6,7 20:22 21:12,14,22 22:13
**think** 7:20 12:25 21:13 22:4,6,20 23:2,9,10,13 24:3 24:18,24 25:2 26:10
**thought** 21:5,14,22 23:25 24:8,19 26:15
**threatening** 15:2,3
**time** 12:14 17:2 21:19 22:3,10 25:20 26:25 27:1 27:24 28:2,5
**today** 4:5
**told** 13:20 14:18,21
**topic** 20:24
**Track** 1:15
**transpired** 28:19
**trauma** 24:14
**truancy** 25:24,24

**true** 13:21
**truth** 4:8
**try** 11:14 25:5
**trying** 15:4 19:22 20:9,15 21:4,17
**two** 5:2 7:9 11:15
**type** 16:2
**types** 9:7

**U**
**uh-huh** 4:19 5:11 16:8 17:22 18:18 20:8 27:13
**unacceptable** 14:25
**uncomfortable** 24:2 26:13
**understand** 5:12,13 5:16 21:4,17 22:4 24:18 26:6 27:4
**understanding** 11:1 11:4 12:2 19:18
**understood** 5:19
**unh-unh** 5:11
**UNITED** 1:1
**universal** 8:21
**University** 6:3
**unpack** 11:14
**use** 17:18

**V**
**v** 1:5
**verbatim** 22:17
**violation** 22:10
**violence** 8:12 9:5 16:4,4,23 18:24
**violent** 16:23
**voicemail** 13:3
**vulgar** 8:5,12 18:24 21:11

**W**
**wait** 5:1
**Wallace** 2:5
**want** 11:12,25 22:25 27:3
**wanted** 6:16 10:19 12:4,4 25:16 28:20
**wanting** 21:20 22:7
**wasn't** 15:14 16:15 16:17 20:19 21:13 24:5 26:16

**way** 15:3 24:19
**we'll** 5:21,23
**we're** 16:1
**weapon** 10:21 14:23 15:1,5,6,9,13,14 15:16,18,23 19:16 22:9 24:16 27:5,7
**weapon's** 21:6
**weapons** 9:5 15:20 16:3 19:10,11,23 20:16,25 21:1,2 21:14,21 22:2,6 22:13,13
**wear** 7:24 10:24 12:4 24:9,20 26:7
**wearing** 12:12 14:3 19:10 20:24 24:6 25:23 26:4
**went** 12:6,11,12 14:12
**weren't** 15:6
**Witness** 13:18 16:12,14 20:12
**word** 8:16 22:25
**wording** 8:6
**words** 21:10 27:3
**words/slogans** 18:22,23
**wore** 9:9 19:20
**work** 24:13 26:12
**wouldn't** 20:17 26:25 27:7
**write-up** 10:3
**wrong** 12:8
**wrote** 17:4

**X**

**Y**
**yeah** 11:11 12:17 13:16,19 14:2 20:12,21 22:1 25:21
**year** 6:23 7:3 17:6 17:12,14,16,18,19 17:21,23 18:2 19:5 20:2,21 22:9 22:11 26:19,23
**years** 6:3 7:9
**you're** 4:8
**young** 25:4,4
**Yup** 4:15,17 6:2 8:5

9:23 10:19

**Z**
**zone** 16:2

**0**
**0-0-0-** 29:14

**1**
**1** 3:8 13:24,25 27:10
**1-800-632-2720** 2:12
**10:00** 1:21
**10:27** 29:12
**12th** 6:20
**13** 3:8
**14** 3:9 19:6
**156** 2:3
**16** 3:10 6:3
**17th** 7:14 9:14 19:8 19:15 20:17,24 21:6,21,24 22:15

**2**
**2** 3:9 4:2 14:7,8,24
**2:22-CV-10993-T...** 1:5
**2021/2022** 17:23 18:1 19:5
**2022** 1:20 4:2 7:14 9:14 19:8,15
**21** 17:9
**2nd** 1:20

**3**
**3** 3:10 16:25 17:1 18:8
**3:31** 13:19
**300** 2:6
**302** 2:6
**30534** 2:3
**362-7650** 2:4

**4**
**4** 3:3
**432** 1:21
**48638** 2:6

**5**
**5:17** 13:22

**6**
**678** 2:4



C.S., ET AL v. CRAIG MCCRUMB, ET AL     DEPOSITION OF AMY LEFFEL

### 7
**790-0960** 2:7
**7th** 6:20

### 8
**8151** 2:12

### 9
**9:53** 4:2
**9267** 2:10
**989** 2:7

Network Reporting
STATEWIDE COURT REPORTERS
800-632-2720