UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

C.S. by her Next Friend, ADAM STROUB,

      Plaintiff,

v                             File No.
                             2:22-cv-10993-TGB-EAS

                             HON. TERRENCE G. BERG
CRAIG MCCRUMB, Individually and
in his official capacity as Superintendent
of Durand Area Schools and AMY LEFFEL,
Individually and in her official capacity
as Principal of Robert Kerr Elementary School
And MICHAEL PAPANEK Individually and
in his official capacity as On Track
Coach of Robert Kerr Elementary,

      Defendants.

                    /

DEPOSITION OF JESSICA LINFIELD

    Taken by the Defendants on the 23rd day of January, 2023,

    at 215 West Clinton, Durand, Michigan, at 11:00 a.m.

APPEARANCES:

For the Plaintiff:      MR. JOHN R. MONROE
                     (via video conference)
                     John Monroe Law, PC
                     156 Robert Jones Road
                     Dawnsonville, Georgia 30534
                     (678) 362-7650

For the Defendants:      MR. DANIEL JOSEPH LoBELLO JR. (P81069)
                     (via video conference)
                     O'Neill Wallace & Doyle PC
                     300 Saint Andrews Road, Suite 302
                     Saginaw, Michigan 48638
                     (989) 790-0960



C.S., ET AL v. MCCRUMB, ET AL                    DEPOSITION OF JESSICA LINFIELD

```
 1   Also Present:            Adam Stroub

 2
     RECORDED BY:             Lori Johnston, CER 15628
 3                            Certified Electronic Recorder
                              Network Reporting Corporation
 4                            Firm Registration Number 8151
                              1-800-632-2720
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                            Page 2
```



C.S., ET AL v. MCCRUMB, ET AL                    DEPOSITION OF JESSICA LINFIELD

```
 1                    TABLE OF CONTENTS

 2                                                  PAGE

 3
        Examination by Mr. LoBello. . . . . . . . . . . . . . . 4
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


                        Page 3
```



C.S., ET AL v. MCCRUMB, ET AL                    DEPOSITION OF JESSICA LINFIELD

```
 1              Durand, Michigan
 2              Monday, January 23, 2023 - 10:20 a.m.
 3              REPORTER:  Do you solemnly swear or affirm that
 4      the testimony you are about to give will be the whole truth?
 5              MS. Linfield:  Yes.
 6                        JESSICA LINFIELD
 7          having been called by the Defendants and sworn:
 8                        EXAMINATION
 9  BY MR. LoBELLO:
10  Q   Will you state your full name for the record, please?
11  A   Jessica Marie Linfield.
12              MR. LoBELLO:  Let the record reflect that this is
13      the date and time scheduled for the deposition of Jessica
14      Marie Linfield, being taken pursuant to Notice and to be
15      used for all purposes under the Federal Rules of Evidence
16      and Federal Rules of Civil Procedure.
17  Q   Ms. Linfield, my name is Dan LoBello.  I'm here to ask you a
18      couple questions about a lawsuit that was filed on behalf of
19      your daughter with regard to an incident occurring at Robert
20      Kerr Elementary.  Do you have knowledge of that incident?
21  A   Yes.
22  Q   Okay.  Have you ever given a deposition before?
23  A   No.
24  Q   All right.  Well, we just have some ground rules and they're
25      mainly for the very nice court reporter next to you's
```

Page 4



```
 1       benefit.  One of those rules is that if you can make sure
 2       that your answers are verbal.  I know that it's common to
 3       shake your head or shrug your shoulders, say "unh-unh" or
 4       "uh-huh," things like that.  It makes it a little tough for
 5       her to take that down.
 6   A   Okay.
 7   Q   The next rule is that if you're answering my question, I'm
 8       assuming that you understood my question.  But we ask
 9       terrible questions all the time, so feel free to let me know
10       if you need me to rephrase the question or speak louder,
11       softer, whatever the case may be.  Okay?
12   A   Okay.
13   Q   Finally, I don't anticipate that we'll be very long today.
14       But if you need to take a break for whatever reason, I would
15       just ask that if there's a question on the table that you
16       answer the question before we can take a break.  Okay?
17   A   Okay.
18   Q   All right.  Can you tell me your current address?
19   A   ███████████████████████████████████████████.
20   Q   Who do you live there with?
21   A   I live with my daughter C.S., my fiance Adam Stroub, and
22       Adam Stroub's parents Penny and William Stroub.
23              MR. LoBELLO:  And Lori, just for the purposes of
24       the record, if you can make sure that we say "C.S." in the
25       transcript rather than C.S's full name.
```

Page 5



C.S., ET AL v. MCCRUMB, ET AL                    DEPOSITION OF JESSICA LINFIELD

```
 1                    REPORTER:  Okay.
 2                    MR. LoBELLO:  Thanks.
 3   Q    All right.  And are you employed currently?
 4   A    No.
 5   Q    When was the last time that you were employed, if you were
 6        at all?
 7   A    About four or five years ago.
 8   Q    Could you tell me about your education starting with high
 9        school?
10   A    In high school, I went to my freshman year then I was out
11        and I went and got my GED.
12   Q    Any other formal education beyond high school?
13   A    No.
14   Q    Do you hold any licensing or certification through the State
15        of Michigan?
16   A    No.
17   Q    In terms of your daughter's schooling, who is responsible
18        for getting her ready and kind of being attuned to school
19        functions and things of that nature?
20   A    That would be me.
21   Q    Okay.  Does Mr. Stroub have any input or does he participate
22        at all in kind of school-related activities?
23   A    He does.  Like, he goes to like -- she goes to basketball,
24        so he's involved in that.  So certain activities, I guess
25        you would say.
```

Page 6



C.S., ET AL v. MCCRUMB, ET AL                DEPOSITION OF JESSICA LINFIELD

1   Q   And to narrow down on the question, so are you then mainly

2       responsible for getting her ready for school, like, in the

3       beginning of the day?

4   **A**   **Yes.**

5   Q   Okay.  And do you pick out the clothes that she wears or

6       does she pick that out on her own?  How does that work?

7   **A**   **She picks out her own clothes.**

8   Q   And did she do that last year, for last school year as well?

9   **A**   **Yes.**

10   Q   I'm going to share my screen with you once I have a chance

11       here.

12           (Counsel shares document via video)

13   Q   Can you see my screen?

14   **A**   **Yes.**

15   Q   Okay.  Let me ask you this:  Have you ever seen this

16       document or this newsletter before?

17   **A**   **Yes, I have.**

18   Q   And would it be typical for you to receive these types of

19       newsletter or correspondence from the school?

20   **A**   **Yes.**

21   Q   What was your understanding of what this newsletter was

22       informing parents on?

23   **A**   **Throughout the school they have, like, a spirit week type**

24       **thing they do.  And depending on what that week is that**

25       **they're trying to do, like, this one would be "The Great**

Page 7



1    **Kindness Challenge," they do stuff that kids can have fun**

2    **doing through the week that also allows them to get**

3    **donations for the kids dressing up for the week.**

4  Q    And do you recall that hat day was scheduled for February

5        17th of last year?

6  A    **Yes.**

7  Q    And prior to that day had your daughter made any mention to

8        you about the hat that she was going to wear or did you guys

9        go shopping or make any arrangements in that regard?

10  A   **No.  She just knows we have, like, a pile of hats at home**

11      **that she's allowed to take whatever she wants.**

12  Q   You broke up.  I'm sorry.  What did you say?

13  A   **We have a pile of hats at home and she's allowed to take**

14      **whatever she wants out of the pile of hats.**

15  Q   And the hat in question -- I'm sure you are familiar with

16      the hat that we're talking about if I say "the hat in

17      question"?

18  A   **Uh-huh; yes.**

19  Q   Thank you.  And did she pick this out of the pile of hats or

20      how did she come to select that hat over any others?

21  A   **That is her dad's hat that she had bought for his -- I**

22      **believe it was his birthday.  So she asked if she could wear**

23      **her dad's hat.  He has actually a few hats.  But I said that**

24      **was fine if she wanted to wear his hat.**

25  Q   And I guess in general, prior to February 17th of 2022, had

Page 8



1    you reviewed or received any handbook from the school as far

2    as dress code or handbook in general?

3  A  **We get issued a handbook -- I guess more of a link to the**

4    **handbook online at the beginning of the school year.**

5  Q  And before February 17th, had you reviewed the handbook at

6    all?

7  A  **Yes.**

8  Q  And are you familiar particularly with the dress code policy

9    for the school?

10 A  **Yes.**

11 Q  And when your daughter selected the hat that you said she

12    had purchased for your fiance, or Mr. Stroub, did that raise

13    any concerns for you as far as being an issue with the dress

14    code?

15 A  **No.**

16 Q  So when she went to school that day were you ever contacted

17    by the school?

18 A  **The school contacted us in a couple hours after school**

19    **started, yes.**

20 Q  And did they speak with you or Mr. Stroub first?  Or how did

21    that work?

22 A  **They spoke to Mr. Stroub.**

23 Q  Did you ever talk to anybody at the school on that day?

24 A  **No.  I do not believe so, no.**

25 Q  Did Mr. Stroub tell you what the school had called about?



C.S., ET AL v. MCCRUMB, ET AL                    DEPOSITION OF JESSICA LINFIELD

1   A    Yes.

2   Q    What did he say?

3   A    He said that the school wanted her to change her hat to a

4        hat they had had because they didn't agree with what the hat

5        had on it.

6   Q    Do you know whether Mr. Stroub brought her another hat or

7        whether he had that option?

8   A    He had the option, but he did not.

9   Q    All right.  To your knowledge, did your daughter receive any

10       discipline from the school for wearing the hat?

11  A    I guess she was spoke to by Mr. Papanek, told the hat was

12       inappropriate and they told her to put it in her locker.

13  Q    She didn't receive, like, a detention or a suspension, or

14       anything like that?

15  A    No.

16  Q    Did she come home on that same day after school with the

17       hat?

18  A    Yes.

19  Q    And did she tell you anything about what had happened at

20       school?

21  A    Yes.

22  Q    What did she say?

23  A    She explained that the school had taken her hat from her and

24       that she was very upset about it.  She pretty much explained

25       the whole thing to me, I guess you would say.  So she told

Page 10



C.S., ET AL v. MCCRUMB, ET AL                    DEPOSITION OF JESSICA LINFIELD

1      me that she was stopped by Mr. Papanek and -- because she's

2      goes in and says "Hello" in the mornings because his office

3      is right across from her locker.  She explained that he had

4      stopped her when he noticed her hat.

5   Q  Okay.  And did you or Mr. Stroub ever -- after the event

6      occurred, I should say -- did you and Mr. Stroub ever

7      schedule a meeting with Mr. Papanek or Ms. Leffel or anybody

8      at the school?

9   A  No.

10  Q  Did you or Mr. Stroub ever attend a board meeting where the

11     dress code was at issue or make any challenges to the dress

12     code after February 17th?

13  A  No.

14  Q  How about before February 17th?

15  A  No.

16  Q  I take it that your daughter still attends Robert Kerr

17     Elementary?

18  A  Yes.

19  Q  And prior to February 17th, had there been any incidents or

20     issues where she had to have discipline by the school?

21  A  No.

22  Q  And afterwards, how about any discipline or issues with her

23     teachers, anything like that?

24  A  No.

25  Q  Do you have any issues with your daughter's teachers as far

Page 11



C.S., ET AL v. MCCRUMB, ET AL                DEPOSITION OF JESSICA LINFIELD

1    as how they're doing their job or how the school's doing its

2    job?

3  A   **No.**

4  Q   Have your daughter's grades suffered at all or gotten better

5    or --

6  A   **No.**

7  Q   Do you believe that your daughter gets all the supports that

8    she needs through her schooling?

9  A   **Yes.**

10 Q   After February 17th, had you had any contact with the school

11   with regard to the hat for that day?

12 A   **Like, did I talk to anyone about it at the school?  Is that**

13   **what you're asking?**

14 Q   Right.  Did you or Mr. Stroub talk to anybody at the school

15   about the hat after that day?

16 A   **No.**

17 Q   Has your daughter had any other incidences with regard to

18   dress code after February 17th?

19 A   **No.**

20        MR. LoBELLO:  Ms. Linfield, I believe that's all I

21   have for you.  Thank you for your time today.

22        MR. MONROE:  I don't have any questions either.

23        (Deposition concluded at 10:33 a.m.)

24

25                    -0-0-0-

                    Page 12



C.S., ET AL v. MCCRUMB, ET AL          DEPOSITION OF JESSICA LINFIELD

**A**

a.m 1:16 4:2 12:23
activities 6:22,24
Adam 1:3 2:1 5:21
    5:22
address 5:18
affirm 4:3
ago 6:7
agree 10:4
allowed 8:11,13
allows 8:2
AMY 1:8
Andrews 1:23
answer 5:16
answering 5:7
answers 5:2
anticipate 5:13
anybody 9:23 11:7
    12:14
APPEARANCES
    1:17
Area 1:8
arrangements 8:9
asked 8:22
asking 12:13
assuming 5:8
attend 11:10
attends 11:16
attuned 6:18

**B**

basketball 6:23
beginning 7:3 9:4
behalf 4:18
believe 8:22 9:24
    12:7,20
benefit 5:1
BERG 1:6
better 12:4
beyond 6:12
birthday 8:22
board 11:10
bought 8:21
break 5:14,16
broke 8:12
brought 10:6

**C**

C.S 1:3 5:21,24
C.S's 5:25
called 4:7 9:25
capacity 1:7,8,10

case 5:11
CER 2:2
certain 6:24
certification 6:14
Certified 2:3
Challenge 8:1
challenges 11:11
chance 7:10
change 10:3
Civil 4:16
Clinton 1:16
clothes 7:5,7
Coach 1:10
code 9:2,8,14 11:11
    11:12 12:18
come 8:20 10:16
common 5:2
concerns 9:13
concluded 12:23
conference 1:19,22
contact 12:10
contacted 9:16,18
CONTENTS 3:1
Corporation 2:3
correspondence
    7:19
Counsel 7:12
couple 4:18 9:18
court 1:1 4:25
CRAIG 1:7
current 5:18
currently 6:3

**D**

dad's 8:21,23
Dan 4:17
DANIEL 1:22
date 4:13
daughter 4:19 5:21
    8:7 9:11 10:9
    11:16 12:7,17
daughter's 6:17
    11:25 12:4
Dawnsonville 1:20
day 1:15 7:3 8:4,7
    9:16,23 10:16
    12:11,15
Defendants 1:11,15
    1:22 4:7
depending 7:24
deposition 1:14 4:13
    4:22 12:23

detention 10:13
discipline 10:10
    11:20,22
DISTRICT 1:1,2
DIVISION 1:2
document 7:12,16
doing 8:2 12:1,1
donations 8:3
Doyle 1:23
dress 9:2,8,13 11:11
    11:11 12:18
dressing 8:3
Durand 1:8,16 4:1
    5:19

**E**

EASTERN 1:2
education 6:8,12
either 12:22
Electronic 2:3
Elementary 1:9,10
    4:20 11:17
employed 6:3,5
event 11:5
Evidence 4:15
Examination 3:3
    4:8
explained 10:23,24
    11:3

**F**

familiar 8:15 9:8
far 9:1,13 11:25
February 8:4,25 9:5
    11:12,14,19 12:10
    12:18
Federal 4:15,16
feel 5:9
fiance 5:21 9:12
File 1:5
filed 4:18
Finally 5:13
fine 8:24
Firm 2:4
first 9:20
five 6:7
formal 6:12
four 6:7
free 5:9
freshman 6:10
Friend 1:3
full 4:10 5:25

fun 8:1
functions 6:19

**G**

G 1:6
GED 6:11
general 8:25 9:2
Georgia 1:20
getting 6:18 7:2
give 4:4
given 4:22
go 8:9
goes 6:23,23 11:2
going 7:10 8:8
gotten 12:4
grades 12:4
Great 7:25
ground 4:24
guess 6:24 8:25 9:3
    10:11,25
guys 8:8

**H**

handbook 9:1,2,3,4
    9:5
happened 10:19
hat 8:4,8,15,16,16
    8:20,21,23,24
    9:11 10:3,4,4,6,10
    10:11,17,23 11:4
    12:11,15
hats 8:10,13,14,19
    8:23
head 5:3
Hello 11:2
high 6:8,10,12
hold 6:14
home 8:10,13 10:16
HON 1:6
hours 9:18

**I**

inappropriate 10:12
incidences 12:17
incident 4:19,20
incidents 11:19
Individually 1:7,8,9
informing 7:22
input 6:21
involved 6:24
issue 9:13 11:11
issued 9:3

issues 11:20,22,25

**J**

January 1:15 4:2
Jessica 1:14 4:6,11
    4:13
job 12:1,2
John 1:18,19
Johnston 2:2
Jones 1:20
JOSEPH 1:22
JR 1:22

**K**

Kerr 1:9,10 4:20
    11:16
kids 8:1,3
kind 6:18,22
Kindness 8:1
know 5:2,9 10:6
knowledge 4:20
    10:9
knows 8:10

**L**

Law 1:19
lawsuit 4:18
Leffel 1:8 11:7
licensing 6:14
Linfield 1:14 4:5,6
    4:11,14,17 12:20
link 9:3
little 5:4
live 5:20,21
LoBELLO 1:22 3:3
    4:9,12,17 5:23 6:2
    12:20
locker 10:12 11:3
long 5:13
Lori 2:2 5:23
louder 5:10

**M**

Marie 4:11,14
MCCRUMB 1:7
meeting 11:7,10
mention 8:7
MICHAEL 1:9
Michigan 1:2,16,24
    4:1 5:19 6:15
Monday 4:2
Monroe 1:18,19



C.S., ET AL v. MCCRUMB, ET AL          DEPOSITION OF JESSICA LINFIELD

12:22
mornings 11:2

**N**
name 4:10,17 5:25
narrow 7:1
nature 6:19
need 5:10,14
needs 12:8
Network 2:3
newsletter 7:16,19
  7:21
nice 4:25
Notice 4:14
noticed 11:4
Number 2:4

**O**
O'Neill 1:23
occurred 11:6
occurring 4:19
office 11:2
official 1:7,8,10
Okay 4:22 5:6,11,12
  5:16,17 6:1,21 7:5
  7:15 11:5
once 7:10
online 9:4
option 10:7,8

**P**
P81069 1:22
PAGE 3:2
Papanek 1:9 10:11
  11:1,7
parents 5:22 7:22
participate 6:21
particularly 9:8
PC 1:19,23
Penny 5:22
pick 7:5,6 8:19
picks 7:7
pile 8:10,13,14,19
Plaintiff 1:4,18
please 4:10
policy 9:8
Present 2:1
pretty 10:24
Principal 1:9
prior 8:7,25 11:19
Procedure 4:16
purchased 9:12

purposes 4:15 5:23
pursuant 4:14
put 10:12

**Q**
question 5:7,8,10,15
  5:16 7:1 8:15,17
questions 4:18 5:9
  12:22

**R**
R 1:18
raise 9:12
ready 6:18 7:2
reason 5:14
recall 8:4
receive 7:18 10:9,13
received 9:1
record 4:10,12 5:24
RECORDED 2:2
Recorder 2:3
Reed 5:19
reflect 4:12
regard 4:19 8:9
  12:11,17
Registration 2:4
rephrase 5:15
reporter 4:3,25 6:1
Reporting 2:3
responsible 6:17 7:2
reviewed 9:1,5
right 4:24 5:18 6:3
  10:9 11:3 12:14
Road 1:20,23 5:19
Robert 1:9,10,20
  4:19 11:16
rule 5:7
rules 4:15,16,24 5:1

**S**
Saginaw 1:24
Saint 1:23
says 11:2
schedule 11:7
scheduled 4:13 8:4
school 1:9 6:9,10,12
  6:18 7:2,8,19,23
  9:1,4,9,16,17,18
  9:18,23,25 10:3
  10:10,16,20,23
  11:8,20 12:10,12
  12:14

school's 12:1
school-related 6:22
schooling 6:17 12:8
Schools 1:8
screen 7:10,13
see 7:13
seen 7:15
select 8:20
selected 9:11
shake 5:3
share 7:10
shares 7:12
shopping 8:9
shoulders 5:3
shrug 5:3
softer 5:11
solemnly 4:3
sorry 8:12
South 5:19
SOUTHERN 1:2
speak 5:10 9:20
spirit 7:23
spoke 9:22 10:11
started 9:19
starting 6:8
state 4:10 6:14
STATES 1:1
stopped 11:1,4
Stroub 1:3 2:1 5:21
  5:22 6:21 9:12,20
  9:22,25 10:6 11:5
  11:6,10 12:14
Stroub's 5:22
stuff 8:1
suffered 12:4
Suite 1:23
Superintendent 1:7
supports 12:7
sure 5:1,24 8:15
suspension 10:13
swear 4:3
sworn 4:7

**T**
table 3:1 5:15
take 5:5,14,16 8:11
  8:13 11:16
taken 1:15 4:14
  10:23
talk 9:23 12:12,14
talking 8:16
teachers 11:23,25

tell 5:18 6:8 9:25
  10:19
terms 6:17
TERRENCE 1:6
terrible 5:9
testimony 4:4
Thank 8:19 12:21
Thanks 6:2
thing 7:24 10:25
things 5:4 6:19
time 4:13 5:9 6:5
  12:21
today 5:13 12:21
told 10:11,12,25
tough 5:4
Track 1:10
transcript 5:25
truth 4:4
trying 7:25
type 7:23
types 7:18
typical 7:18

**U**
uh-huh 5:4 8:18
understanding 7:21
understood 5:8
unh-unh 5:3
UNITED 1:1
upset 10:24

**V**
v 1:5
verbal 5:2
video 1:19,22 7:12

**W**
Wallace 1:23
wanted 8:24 10:3
wants 8:11,14
we'll 5:13
we're 8:16
wear 8:8,22,24
wearing 10:10
wears 7:5
week 7:23,24 8:2,3
went 6:10,11 9:16
West 1:16
William 5:22
work 7:6 9:21

**X**

**Y**
year 6:10 7:8,8 8:5
  9:4
years 6:7
you's 4:25

**Z**

**0**
0-0-0- 12:25

**1**
1-800-632-2720 2:4
10:20 4:2
10:33 12:23
11:00 1:16
156 1:20
15628 2:2
17th 8:5,25 9:5
  11:12,14,19 12:10
  12:18

**2**
2:22-cv-10993-T...
  1:5
2022 8:25
2023 1:15 4:2
215 1:16
23 4:2
23rd 1:15

**3**
300 1:23
302 1:23
30534 1:20
362-7650 1:21

**4**
4 3:3
48429 5:19
48638 1:24

**5**
5851 5:19

**6**
678 1:21

**7**
790-0960 1:24

**8**

NetworkReporting
STATEWIDE COURT REPORTERS
800-632-2720

C.S., ET AL v. MCCRUMB, ET AL        DEPOSITION OF JESSICA LINFIELD

**8151** 2:4
_____
            **9**
_____
**989** 1:24

