UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

C.S. by her Next Friend, ADAM STROUB,

    Plaintiff,

v                                     File No.
                                       2:22-cv-10993-TGB-EAS

                                     HON. TERRENCE G. BERG
CRAIG MCCRUMB, Individually and
in his official capacity as Superintendent
of Durand Area Schools, and AMY LEFFEL,
Individually and in her official capacity
as Principal of Robert Kerr Elementary School,
and MICHAEL PAPANEK, Individually and
in his official capacity as On Track
Coach of Robert Kerr Elementary,

    Defendants.

                                                /

DEPOSITION OF C.S.

    Taken by the Defendants on the 1st day of December, 2022,

    at 432 North Saginaw Street, Flint, Michigan, at 10:00 a.m.

APPEARANCES:

For the Plaintiff:        MR. JOHN R. MONROE
                              John Monroe Law, PC
                              156 Robert Jones Road
                              Dawnsonville, Georgia 30534
                              (678) 362-7650

For the Defendants:      MR. DANIEL JOSEPH LoBELLO JR. (P81069)
                              O'Neill Wallace & Doyle PC
                              300 Saint Andrews Road, Suite 302
                              Saginaw, Michigan 48638
                              (989) 790-0960



**Page 2**

```
 1   Also Present:      Craig McCrumb
                        Adam Stroub
 2
 3   RECORDED BY:       Lori Johnston, CER 15628
                        Certified Electronic Recorder
 4                      Network Reporting Corporation
                        Firm Registration Number 8151
 5                      1-800-632-2720
```

**Page 3**

TABLE OF CONTENTS
                                                    PAGE

Examination by Mr. LoBello . . . . . . . . . . . . . . 4

**Page 4**

```
 1        Flint, Michigan
 2        Thursday, December 1, 2022 - 10:58 a.m.
 3        REPORTER:  Do you promise that everything that you
 4   say here today will be the truth?
 5        MISS C.S.:  Yes.
 6                    C.S.
 7   having been called by the Defendants and sworn:
 8                 EXAMINATION
 9   BY MR. LoBELLO:
10   Q   Can you tell me your full name?
11   A   C.M.S.
12   Q   And C.S, is it okay if I call you C.S.?
13   A   (Nodding head in affirmative)
14   Q   You can call me Dan if you want, too.  I'm just going to ask
15       you some questions today.  Can you tell me where do you go
16       to school currently?
17   A   Robert Kerr Elementary.
18   Q   What grade are you in?
19   A   Fourth grade right now.
20   Q   What's your favorite subject?
21   A   Math.
22   Q   Math?  What do you like about math?
23   A   I like to divide and multiply.
24   Q   Okay.  Are you good at math?
25   A   Yeah; yes.
```

**Page 5**

```
 1   Q   Your dad tells me you get good grades; is that true?
 2   A   Yes.
 3   Q   And do you like any other subjects in school?
 4   A   Science.
 5   Q   What's your favorite thing about science?
 6   A   Learning about how energy is produced.
 7   Q   And what do you think is interesting about that?
 8   A   A lot of stuff.
 9   Q   Okay.  Is there something in particular, like solar energy
10       or wind energy?
11   A   The wind energy.
12   Q   Why's that?
13   A   Because it's interesting.
14   Q   Okay.  Do you have a lot of friends at school?
15   A   Not a whole lot, just two.
16   Q   Well, that's enough; isn't it?
17   A   Yeah.
18   Q   Do you like your teachers?
19   A   Yes.
20   Q   Do you have a favorite teacher?
21   A   Ms. Page.
22   Q   Is she your math teacher?
23   A   She's -- she's all the subjects.
24   Q   All the subjects?  Okay.  Do you have anybody else that
25       teaches you aside from Ms. Page?
```

2 (Pages 2 to 5)



**Page 6**

1  A  Ms. Parker.
2  Q  What does Ms. Parker teach you?
3  A  She's like one of our other teachers in the classroom.
4  Q  Is there a lot of kids in your class?
5  A  Yeah.
6  Q  Do you know why we're here today?
7  A  Yes.
8  Q  Why is that?
9  A  Because Mr. Papanek told me to -- told me to put my hat in
10    the locker.  And then this is where we are now.
11 Q  Okay.  So did you know Mr. Papanek before he asked you to
12    put your hat in your locker?
13 A  Yes.
14 Q  Did you talk to Mr. Papanek a lot?
15 A  Yes.
16 Q  And what do you guys talk about?
17 A  I just say "Hi" to him once in a while.  And if anything
18    goes wrong I tell him about the stuff.
19 Q  And what kind of stuff goes wrong that you talk to Mr.
20    Papanek about?
21 A  It could be anything that happens.
22 Q  Is your classroom close to Mr. Papanek's office?
23 A  Yes.
24 Q  Like really close, or like kind of close?
25 A  Kind of close.

**Page 7**

1  Q  Do you have a locker?
2  A  Yeah.
3  Q  Is your locker close to Mr. Papanek's office?
4  A  No.
5  Q  No?  How about last year for third grade?
6  A  Yes.
7  Q  And you remember Mr. Papanek telling you to put your hat in
8     your locker?
9  A  Yes.
10 Q  And do you know what he said exactly to you?
11 A  No.
12 Q  No?  Did anybody else say anything about your hat when you
13    got to school?
14 A  No.
15 Q  Why did you pick that hat?
16 A  Because it made me feel safe.
17 Q  Okay.  Is that because it's your dad's hat?
18 A  Yeah; yes.
19 Q  You love your dad; right?
20 A  Yes.
21 Q  You want to be cool like your dad; right?
22 A  Yes.
23 Q  And when you got to school and Mr. Papanek told you put your
24    hat in your locker, did you try and find a different hat?
25 A  No.

**Page 8**

1  Q  Did you make a hat?
2  A  No.
3  Q  No?  You don't have art class or anything?
4  A  I do have art class in fourth grade.
5  Q  You didn't get to make a hat in art class?
6  A  No.
7  Q  Okay.  What else did you do that was fun on hat day?
8  A  (No verbal response)
9  Q  Nothing else?
10 A  No.
11 Q  That's okay.  Do you remember the days before hat day?
12 A  Yes.
13 Q  Did you do anything fun on those days?
14 A  Yes.
15 Q  What did you do?
16 A  There was, like, pajama day and silly hair day and other
17    days.
18 Q  What did you do for silly hair day?
19 A  Like, you can -- I did, like, crazy, like, back hair to make
20    my hair, like, puff out.
21 Q  And what about pajama day, did you wear cool pajamas?
22 A  Yes.
23 Q  What did your pajamas have on them?
24 A  They had, like, a unicorn on it.
25 Q  Do you like unicorns?

**Page 9**

1  A  Yes.
2  Q  Okay.  What else did you do, anything else fun?
3  A  No.
4  Q  Did they have any other cool days where you could dress up?
5  A  Yes.
6  Q  What other kind of days did they have?
7  A  There's like a -- I'm trying to think --
8  Q  It's okay.  Take your time.
9  A  There was like this -- there was like a --
10 Q  It's okay if you can't remember.
11 A  Yeah, I can't remember anything else.
12 Q  Okay.  Do they do dress-up days all the time at school or is
13    it only, like, sometimes?
14 A  It's only sometimes.
15 Q  Like, five times a years, like more, less, maybe?
16 A  Depending on the year.
17 Q  Did they have other dress-up days throughout the year?
18 A  Yeah.
19 Q  Like what kind?
20 A  I don't know.
21 Q  Okay.  What do you like to do for fun?
22 A  I like to draw and color.
23 Q  What do you like to draw and what do you like to color?
24 A  Stuff from my imagination.
25 Q  Like what?

3 (Pages 6 to 9)



**Page 10**

```
 1  A  I don't know.  Just random stuff.
 2  Q  Do you have a favorite drawing?
 3  A  No.
 4  Q  No?  Okay.  Do you like to watch movies?
 5  A  Yes.
 6  Q  What's your favorite movie?
 7  A  Happy Feet.
 8  Q  Is that with the penguins?
 9  A  Yeah.
10  Q  Okay.  And how about music, do you like music?
11  A  Yes.
12  Q  What's your favorite kind?
13  A  I really like rock music, like, crazy music.
14  Q  Me too.  What do you want to be when you grow up?
15  A  A snake breeder.
16  Q  Really?
17  A  Yes.
18  Q  Do you have a pet snake?
19  A  Yeah.
20  Q  What kind is it?
21  A  A ball python.
22  Q  A what python?
23  A  A ball python.
24  Q  A ball python?
25  A  Yes.
```

**Page 11**

```
 1  Q  How old is it?
 2  A  2.
 3  Q  Okay.  What's its name?
 4  A  Max.
 5  Q  Max.  Okay.  And what's your favorite subject that you're
 6     going to study to be a snake breeder?
 7  A  I don't know.
 8  Q  Do you have any other hobbies aside from drawing?
 9  A  Basketball.
10  Q  Are you on a basketball team?
11  A  Yes.
12  Q  What position do you play?
13  A  I don't know.  I'm just in practice right now.
14  Q  Okay.  What's your favorite part about basketball?
15  A  I like to shoot -- like, make a shot in the basketball hoop.
16  Q  Okay.  Cool.  Do you play any other sports?
17  A  No.
18  Q  Aside from drawing, do you have any other hobbies like
19     collecting things or --
20  A  I like to collect light bulbs.
21  Q  Light bulbs?  Why light bulbs?
22  A  Because I like to see what the different sizes are.
23  Q  Okay.  How many do you have in your collection?
24  A  I don't know actually.
25  Q  Do you like to travel?
```

**Page 12**

```
 1  A  Yes.
 2  Q  Have you been on vacation recently?
 3  A  No.
 4  Q  No?  Okay.  Did you go to see family recently?
 5  A  No.
 6  Q  No?  Do you visit your grandpa a lot?
 7  A  Yes.
 8  Q  Well, now, your one grandpa lives with you; right?
 9  A  Yeah.
10  Q  Do you visit your other grandpa a lot?
11  A  No.
12  Q  Do you have like a favorite cousin?
13  A  No.
14  Q  No?  Do you like to do anything else besides drawing and
15     basketball and collecting light bulbs?
16  A  No.
17  Q  No?  Okay.
18         MR. LoBELLO:  Well, C.S., I think that's all the
19     questions that I have for you today.  Thank you so much for
20     being here.
21         THE WITNESS:  You're welcome.
22         MR. MONROE:  I don't have any questions.
23         (Deposition concluded at 11:08 a.m.)
24
25              -o-0-o-
```



**A**
a.m 1:17 4:2 12:23
Adam 1:4 2:1
affirmative 4:13
AMY 1:9
Andrews 1:24
anybody 5:24 7:12
APPEARANCES 1:19
Area 1:9
art 8:3,4,5
aside 5:25 11:8,18
asked 6:11

**B**
back 8:19
ball 10:21,23,24
basketball 11:9,10 11:14,15 12:15
BERG 1:7
breeder 10:15 11:6
bulbs 11:20,21,21 12:15

**C**
C.M.S 4:11
C.S 1:4,15 4:5,6,12 4:12 12:18
call 4:12,14
called 4:7
capacity 1:8,9,11
CER 2:3
Certified 2:3
class 6:4 8:3,4,5
classroom 6:3,22
close 6:22,24,24,25 7:3
Coach 1:11
collect 11:20
collecting 11:19 12:15
collection 11:23
color 9:22,23
concluded 12:23
CONTENTS 3:1
cool 7:21 8:21 9:4 11:16
Corporation 2:4
COURT 1:1
cousin 12:12
Craig 1:8 2:1
crazy 8:19 10:13

currently 4:16

**D**
dad 5:1 7:19,21
dad's 7:17
Dan 4:14
DANIEL 1:23
Dawsonville 1:21
day 1:16 8:7,11,16 8:16,18,21
days 8:11,13,17 9:4 9:6,12,17
December 1:16 4:2
Defendants 1:12,16 1:23 4:7
Depending 9:16
Deposition 1:15 12:23
different 7:24 11:22
DISTRICT 1:1,2
divide 4:23
DIVISION 1:3
Doyle 1:23
draw 9:22,23
drawing 10:2 11:8 11:18 12:14
dress 9:4
dress-up 9:12,17
Durand 1:9

**E**
EASTERN 1:2
Electronic 2:3
Elementary 1:10,11 4:17
energy 5:6,9,10,11
exactly 7:10
Examination 3:3 4:8

**F**
family 12:4
favorite 4:20 5:5,20 10:2,6,12 11:5,14 12:12
feel 7:16
Feet 10:7
File 1:6
find 7:24
Firm 2:4
five 9:15
Flint 1:17 4:1

fourth 4:19 8:4
Friend 1:4
friends 5:14
full 4:10
fun 8:7,13 9:2,21

**G**
G 1:7
Georgia 1:21
go 4:15 12:4
goes 6:18,19
going 4:14 11:6
good 4:24 5:1
grade 4:18,19 7:5 8:4
grades 5:1
grandpa 12:6,8,10
grow 10:14
guys 6:16

**H**
hair 8:16,18,19,20
happens 6:21
Happy 10:7
hat 6:9,12 7:7,12,15 7:17,24,24 8:1,5,7 8:11
head 4:13
Hi 6:17
hobbies 11:8,18
HON 1:7
hoop 11:15

**I**
imagination 9:24
Individually 1:8,9 1:10
interesting 5:7,13

**J**
John 1:20,20
Johnston 2:3
Jones 1:21
JOSEPH 1:23
JR 1:23

**K**
Kerr 1:10,11 4:17
kids 6:4
kind 6:19,24,25 9:6 9:19 10:12,20
know 6:6,11 7:10 9:20 10:1 11:7,13

11:24

**L**
Law 1:20
Learning 5:6
LEFFEL 1:9
light 11:20,21,21 12:15
lives 12:8
LoBELLO 1:23 3:3 4:9 12:18
locker 6:10,12 7:1,3 7:8,24
Lori 2:3
lot 5:8,14,15 6:4,14 12:6,10
love 7:19

**M**
math 4:21,22,22,24 5:22
Max 11:4,5
McCrumb 1:8 2:1
MICHAEL 1:10
Michigan 1:2,17,24 4:1
Monroe 1:20,20 12:22
movie 10:6
movies 10:4
multiply 4:23
music 10:10,10,13 10:13

**N**
name 4:10 11:3
Network 2:4
Nodding 4:13
North 1:17
Number 2:4

**O**
O'Neill 1:23
office 6:22 7:3
official 1:8,9,11
okay 4:12,24 5:9,14 5:24 6:11 7:17 8:7 8:11 9:2,8,10,12 9:21 10:4,10 11:3 11:5,14,16,23 12:4,17
old 11:1

once 6:17

**P**
P81069 1:23
Page 3:2 5:21,25
pajama 8:16,21
pajamas 8:21,23
Papanek 1:10 6:9 6:11,14,20 7:7,23
Papanek's 6:22 7:3
Parker 6:1,2
part 11:14
particular 5:9
PC 1:20,23
penguins 10:8
pet 10:18
pick 7:15
Plaintiff 1:5,20
play 11:12,16
position 11:12
practice 11:13
Present 2:1
Principal 1:10
produced 5:6
promise 4:3
puff 8:20
put 6:9,12 7:7,23
python 10:21,22,23 10:24

**Q**
questions 4:15 12:19,22

**R**
R 1:20
random 10:1
really 6:24 10:13,16
RECORDED 2:3
Recorder 2:3
Registration 2:4
remember 7:7 8:11 9:10,11
REPORTER 4:3
Reporting 2:4
response 8:8
right 4:19 7:19,21 11:13 12:8
Road 1:21,24
Robert 1:10,11,21 4:17
rock 10:13

**S**
safe 7:16
Saginaw 1:17,24
Saint 1:24
school 1:10 4:16 5:3
  5:14 7:13,23 9:12
Schools 1:9
science 5:4,5
see 11:22 12:4
shoot 11:15
shot 11:15
silly 8:16,18
sizes 11:22
snake 10:15,18 11:6
solar 5:9
SOUTHERN 1:3
sports 11:16
STATES 1:1
Street 1:17
Stroub 1:4 2:1
study 11:6
stuff 5:8 6:18,19
  9:24 10:1
subject 4:20 11:5
subjects 5:3,23,24
Suite 1:24
Superintendent 1:8
sworn 4:7

**T**
TABLE 3:1
Take 9:8
Taken 1:16
talk 6:14,16,19
teach 6:2
teacher 5:20,22
teachers 5:18 6:3
teaches 5:25
team 11:10
tell 4:10,15 6:18
telling 7:7
tells 5:1
TERRENCE 1:7
Thank 12:19
thing 5:5
things 11:19
think 5:7 9:7 12:18
third 7:5
Thursday 4:2
time 9:8,12
times 9:15
today 4:4,15 6:6

12:19
told 6:9,9 7:23
Track 1:11
travel 11:25
true 5:1
truth 4:4
try 7:24
trying 9:7
two 5:15

**U**
unicorn 8:24
unicorns 8:25
UNITED 1:1

**V**
v 1:6
vacation 12:2
verbal 8:8
visit 12:6,10

**W**
Wallace 1:23
want 4:14 7:21
  10:14
watch 10:4
we're 6:6
wear 8:21
welcome 12:21
Why's 5:12
wind 5:10,11
WITNESS 12:21
wrong 6:18,19

**X**

**Y**
Yeah 4:25 5:17 6:5
  7:2,18 9:11,18
  10:9,19 12:9
year 7:5 9:16,17
years 9:15

**Z**

**0**
0-0-0- 12:25

**1**
1 4:2
1-800-632-2720 2:5
10:00 1:17
10:58 4:2

11:08 12:23
156 1:21
15628 2:3
1st 1:16

**2**
2 11:2
2:22-cv-10993-T... 1:6
2022 1:16 4:2

**3**
300 1:24
302 1:24
30534 1:21
362-7650 1:22

**4**
4 3:3
432 1:17
48638 1:24

**5**

**6**
678 1:22

**7**
790-0960 1:25

**8**
8151 2:4

**9**
989 1:25