UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

C.S., by her next friend,
ADAM STROUB,

      Plaintiff,

v                                    File No. 2:22-CV-10993-TGB

CRAIG MCCRUMB,
Individually and in his official
Capacity as Superintendent of
Durand Area Schools,

and

AMY LEFFEL, Individually and
in her Capacity as Principal
of Robert Kerr Elementary
School,

and

MICHAEL PAPANEK,
Individually and in his
official Capacity as On
Track Coach of Robert
Kerr Elementary School,

      Defendants.

                  /


DEPOSITION OF MICHAEL PAPANEK

Taken by the Plaintiff on the 2nd day of December, 2022, at

432 North Saginaw Street, Flint, Michigan, at 10:00 a.m.



C.S., ET AL v. CRAIG MCCRUMB, ET AL                              DEPOSITION OF MICHAEL PAPANEK

1  APPEARANCES:
2  For the Plaintiff:      MR. JOHN R. MONROE
                           John Monroe Law PC
3                          156 Robert Jones Road
                           Dawsonville, Georgia 30534
4                          (678) 362-7650
5  For the Defendant:      MR. DANIEL J. LOBELLO, JR. (P81069)
                           O'Neill Wallace & Doyle PC
6                          300 Saint Andrews Road, Suite 302
                           Saginaw, Michigan 48638
7                          (989) 790-0960
8  Also Present:           Adam Stroub
                           Craig McCrumb
9
10 RECORDED BY:            Eric R. Johnston, CER 9267
                           Certified Electronic Recorder
11                         Network Reporting Corporation
                           Firm Registration Number 8151
12                         1-800-632-2720
13
14
15
16
17
18
19
20
21
22
23
24
25

                                    Page 2

                        TABLE OF CONTENTS
                                                        PAGE

        Examination by Mr. Monroe . . . . . . . . . . . . . . . 4


                          EXHIBIT INDEX
                                                        PAGE

        Deposition Exhibit 1 marked . . . . . . . . . . . . . . 7
            (Photograph of hat)

                                    Page 3

1       Flint, Michigan
2       Friday, December 2, 2022 - 10:38 a.m.
3       REPORTER:  Do you solemnly swear or affirm that
4  the testimony you're about to give will be the whole truth?
5       MR. PAPANEK:  Yes.
6               MICHAEL PAPANEK
7       having been called by the Plaintiff and sworn:
8               EXAMINATION
9  BY MR. MONROE:
10 Q  Could you state your name for the record, please?
11 A  It's Michael Joseph Papanek.
12 Q  And you were here before when I was taking Ms. Leffel's
13    deposition; is that correct?
14 A  Yes.
15 Q  So I assume you heard all the preliminary instructions I
16    gave her?
17 A  Yes.
18 Q  I won't go through them again unless you have any questions
19    about them.
20 A  I don't think so.
21 Q  Good.  Can you tell me about your educational background,
22    please?
23 A  Yes.  I have -- if you're referring to college, I have a
24    bachelor's degree from Michigan State University in
25    political science.  I also had some -- I also had education

                                    Page 4

1     background at Michigan State, education classes.
2  Q  Do you have any other schooling after your bachelor's
3     degree?
4  A  Like, another degree?
5  Q  Yes.
6  A  No.
7  Q  You just have, like, continuing education kind of classes?
8  A  I -- yeah, I had -- because I had a teacher certification
9     through Michigan State.
10 Q  And where are you employed?
11 A  At Durand Area Schools, specifically Robert Kerr Elementary
12    School in Durand, Michigan.
13 Q  How long have you been there?
14 A  At Robert Kerr, I believe this is my seventh year.
15 Q  And where were you before that?
16 A  At Durand Middle School in Durand, Michigan.  And I was
17    there since 2000.
18 Q  And what's your position at Robert Kerr Elementary?
19 A  On Track Coach.
20 Q  And what does that mean?
21 A  It basically means I'm there to try to help students stay on
22    track with their behavior specifically.  So if a student is
23    sent out of class for a behavior-related situation, they're
24    generally sent to my room.  And -- or if the student needs
25    to take a break, a lot of times they'll come to my room;

                                    Page 5

                                             2  (Pages 2 to 5)



C.S., ET AL v. CRAIG MCCRUMB, ET AL                    DEPOSITION OF MICHAEL PAPANEK

Page 6

1    give them some time before they go back to class.  And my --
2    I also deal with recess detentions, in-school suspensions.
3  Q  When you say "deal with them," does that mean as a general
4    matter you're the one who imposes the suspensions?
5  A  No, that they're in my room while they serve their
6    suspension if it's an in-school suspension or when they
7    serve their detention for a recess detention.
8  Q  I see.  But someone else might have imposed that punishment?
9  A  Correct.
10 Q  And you were in that position as On Track Coach on February
11   17th of 2022; is that right?
12 A  Right.
13 Q  And can you tell me how you first came involved in the
14   incident this case is about?
15 A  Sure.  C.S.'s locker is pretty close to -- or was pretty
16   close to across the room, across the hallway from my door at
17   my room.  And so when this occurred -- oftentimes she and
18   some other students will come to my door and say hi and --
19   or come into the room and say hi and talk to me.  And on
20   that day she came to my room and came a little bit and
21   said hi and spoke for a little bit, had a little
22   conversation.
23 Q  And how did that involve this -- the incident, then?
24 A  When we spoke, I noticed that she had a hat on.  And I took
25   a little -- I took a little closer look to see what it was

Page 7

1    on her hat and I noticed what was on the hat.  And that --
2    that started the whole situation.
3  Q  And what did you notice on the hat?
4  A  I think what I basically noticed was the gun on the hat.
5    That's what -- that's what received my attention.
6  Q  Did anything else about the hat get your attention?
7  A  At that -- at that point I'm not sure if it did.
8        MR. MONROE:  I do have another copy.  Let's mark
9    this.
10       REPORTER:  Exhibit 1?
11       MR. MONROE:  That's fine.
12       (Deposition Exhibit 1 marked)
13 Q  I'm showing you what's been marked as Exhibit 1 for your
14   deposition.  Is that a picture of the hat that you saw C.S.
15   wearing that day?
16 A  It looks like it.
17 Q  Okay.  And then what -- after you noticed the hat, then did
18   you say anything to C.S. about the hat?
19 A  I'm trying to recall.  I can't -- I can't say for sure.  I
20   don't recall.
21 Q  And then what happened then after that that was related to
22   the incident?
23 A  After that I think -- I think C.S. left my room and went on.
24   And I think soon after that, I went down to the office where
25   Ms. Leffel and Mr. McCrumb were in her office.  And I went

Page 8

1    to see Ms. Leffel, and I told her what C.S. -- that C.S. had
2    the hat and what was on it.  And I think I described it to
3    her.
4  Q  Was that the purpose of you going --
5  A  Yes.
6  Q  -- to Ms. Leffel's office --
7  A  Yes.
8  Q  -- was to discuss the hat with her?
9  A  Yes.
10 Q  And what did you tell her about the hat?
11 A  As far as I recall, I told her that C.S. had a hat with a
12   gun on it.
13 Q  Anything else?
14 A  I don't recall.
15 Q  And then what was the purpose in you going there?
16 A  To -- I -- I guess my purpose was that I felt that the hat
17   probably was against the rules of the school and that I
18   needed to let -- I felt that I needed to let an
19   administrator know what the situation was so that they could
20   make a decision if we -- needed to be a decision made on it.
21 Q  Okay.  I guess the way you said that makes me think you
22   don't view yourself as an administrator; is that right?
23 A  No, I'm not an administrator.
24 Q  All right.  I guess I inferred that you were.  How would you
25   describe your position?

Page 9

1  A  My position is -- it's -- it doesn't fit neatly into a lot
2    of positions.  I guess as close as you could say -- I guess
3    you could say I'm support staff.  I support everyone in the
4    school.  I support the teachers.  I support the
5    administration, the secretary.  I'm there for support, even
6    supporting students.  So I guess you could say I'm support
7    staff.
8  Q  So you went to tell Mrs. Leffel about it to -- because you
9    thought someone from administration should know about it.
10   Were you looking to her for guidance on anything to do or
11   were you just basically reporting it to her?
12 A  I was -- I suppose in a way both.  I was reporting it to
13   her.  And I was reporting to her so that she could give her
14   administrative input to the situation.
15 Q  And what was her reaction?
16 A  As I recall, she -- her reaction was that she -- she --
17   that a student wouldn't be able to wear a hat like that.
18 Q  Did she give you any direction?
19 A  At that point I know that when she and I talked, I came out
20   of the conversation -- between us, we discussed and it was
21   discussed that a call could be made home and the person at
22   home, the parent, could be asked if another hat could be
23   brought to school so that C.S. could wear that hat instead
24   of the hat she was wearing.
25 Q  It sounds like that wasn't necessarily Ms. Leffel's

3  (Pages 6 to 9)



1    direction?  That was a collaborative decision?
2    A   I don't recall if that was her initiative or mine after Ms.
3        Leffel gave the indication that that hat wouldn't be
4        appropriate for school.
5    Q   Does that mean that she did give you an indication at that
6        conversation that the hat was not appropriate?
7    A   Yes; yes; yes.
8    Q   So you told her about the hat?
9    A   Uh-huh; yes.
10   Q   You described it to her, she said it wouldn't be
11       appropriate, and somehow or another it was decided to call
12       home and see if a different hat could be provided?
13   A   Yes.
14   Q   And then was there any more to the conversation at that
15       point?
16   A   At that point, I don't recall.  I don't believe so.  But I
17       can't say for sure.
18   Q   And you said Mr. McCrumb was present in the office at that
19       time?
20   A   Yes; yes.
21   Q   Did he participate in the conversation?
22   A   If he did, it was limited and he didn't make any decision.
23   Q   Then did you leave the office?
24   A   I did.
25   Q   And what did you do then?

Page 10

1    A   Then I -- as I recall, I went back to my office, my room and
2        I called C.S.'s parents.
3    Q   Do you have something like a classroom?
4    A   It's a small room with a few desks in it.  There's actually
5        a desk -- there's specifically spots for five different
6        students in there.  So it's a smaller room.  If you would
7        call -- it's not really a classroom, but it's a -- if it
8        would be classroom, it would be a very small classroom.
9    Q   So you have a phone in your room?
10   A   I do.
11   Q   And you called C.S.'s parents?
12   A   Yes.
13   Q   And to whom did you speak?
14   A   At first --
15   Q   Did anyone answer the phone?
16   A   They did, yes.
17   Q   Okay.
18   A   At first I spoke with C.S.'s mom.
19   Q   Okay.
20   A   And I asked her -- I explained to her the situation, and
21       once I explained the situation she said that -- she
22       basically indicated to me that it would be better -- or that
23       she should put C.S.'s father on the phone, that she thought
24       that he should deal with the situation.
25   Q   And do you recall what you said to C.S.'s mother?

Page 11

1    A   I don't specifically remember the exact conversation.  But I
2        know that I would have told her, "C.S. has a hat that's
3        been -- that is considered not appropriate for school and we
4        were wondering if someone could come and bring a
5        different hat."
6    Q   And she said, "You should discuss that with C.S.'s father?"
7    A   Yes.
8    Q   And then did she put him on the phone?
9    A   Yes.
10   Q   Okay.
11   A   And then I spoke with C.S.'s father.
12   Q   Do you remember what you said to him?
13   A   I think I basically said the same thing that I had said to
14       C.S.'s mother.  And so that -- just, you know, that she has
15       a hat that school considers inappropriate.  We were
16       wondering if someone could come and bring a different for
17       her.
18   Q   And how did he respond?
19   A   He responded that -- and I know specifically he told me at
20       least a couple of things -- was that no one -- no one better
21       lay a hand on her hat, something to that effect.  Maybe not
22       those exact words.  But no one -- no one better touch C.S.'s
23       hat -- or that hat.  And I said no one's touched her hat, no
24       one's -- and he also said that the 1st Amendment does not
25       end at the schoolhouse gates.

Page 12

1    Q   Did he say anything else?
2    A   I'm trying to recall right now.  I can't recall at the
3        moment if there was anything more specifically that he said.
4    Q   Did he say that he would or wouldn't bring a different hat?
5    A   He may have specifically said that.  I don't recall.  But
6        just from what he said, I -- I certainly took it to mean
7        that he was not going to bring a different hat.
8    Q   Was there anything more to the conversation then?
9    A   Not that I recall.  I think at the end -- I think he said,
10       "Have a good day."  And he hung up.
11   Q   And then what did you do?
12   A   Then I -- as I recall I went and spoke to C.S.  And I asked
13       her -- I think I brought her to my area, my room -- or near
14       my room.  And I asked her if she would take off her hat and
15       put it in the locker -- in her locker.  And she was
16       receptive to that.  She indicated that she would.  And she
17       just put it in her locker.
18   Q   Does that mean you -- you left your room and you went to
19       C.S.'s classroom and took her out of class and had that
20       conversation?
21   A   As far as I recall, I believe so.  I believe at that point
22       she was in her classroom, I believe.  I can't say 100
23       percent sure.  But I did go and get her and then have that
24       conversation with her.
25   Q   And then she put her hat in her locker?

Page 13

4 (Pages 10 to 13)



C.S., ET AL v. CRAIG MCCRUMB, ET AL                    DEPOSITION OF MICHAEL PAPANEK

**Page 14**

1   A   She did.
2   Q   And then went back to class?
3   A   Yes.
4   Q   Or to class?
5   A   Yes, I believe she did.
6   Q   Was that the end of your interaction with her as -- did you
7       walk with her to her locker, or it was right there anyway?
8   A   She -- it -- yeah, her locker is very close to my room so it
9       was a very short walk kind of across the hallway.
10  Q   All right. And then was there any other interaction with
11      her or you then went back to your room and she went to her
12      room?
13  A   She -- I assume that after she just went to her room because
14      there was no -- I don't think anything was indicated that
15      there would be any discipline -- any discipline action, just
16      that the hat would be off. I believe she went to her room.
17      And I assume at that point -- I'm trying to remember if --
18      if I went back across the hall to my room or -- I assume I
19      did. I just can't recall at that point.
20  Q   Did you tell C.S. that she couldn't wear the hat like for
21      the rest of the day or anything like that?
22  A   I don't believe so. I think all's I asked was that -- I
23      just asked, "Can you put your hat in the locker?" And she
24      was receptive to it.
25  Q   Okay. And did you have any further conversation with Ms.

**Page 15**

1       Leffel about it?
2   A   I don't recall if -- after that if I did. I don't recall.
3       At this point I don't recall.
4   Q   Did you have any further conversation with Ms. Leffel about
5       the incident at all even on a later date or anything?
6   A   Oh, I'm trying to recall how -- we would have spoken about
7       the situation at some point. I just don't remember how
8       much -- how long after that it was. As far as -- I thought
9       the situation was done then. So at what point we spoke
10      again, it -- it may have been awhile after that. I don't
11      recall how much longer.
12  Q   Have you seen the email exchange between Mr. Stroub and Ms.
13      Leffel about it?
14  A   I may have seen some of that but I don't recall
15      specifically. Ms. Leffel may have shown me some, but I
16      can't say for sure.
17  Q   Did you talk to Ms. Leffel about what action you had taken
18      so that she would be aware of it?
19  A   I -- I may have. I just -- I -- you mean, like, once the
20      hat was in the locker?
21  Q   Yes.
22  A   I may have. I just -- I don't -- like, that day? Later
23      that day?
24  Q   At any point.
25  A   At any point? I may have. I can't say for sure.

**Page 16**

1   Q   I mean, you can infer I think pretty fairly from Ms.
2       Leffel's email to Mr. Stroub that she was aware of it. And
3       I just didn't know how she became aware of it, if you had
4       told her that or --
5   A   I may have. I just -- if I did, I can't recall it.
6   Q   Then did you have any other communication with anybody about
7       it before the lawsuit was filed?
8   A   Not that I recall.
9   Q   Did you have any -- when you noticed the rifle on the hat
10      and thought that it might not be appropriate, had you had
11      any -- had you had any experience with a student wearing
12      clothing depicting any kind of weapon before that that you
13      had had to deal with?
14  A   Not that I can recall.
15  Q   So if this was your first experience with it, did you have a
16      preconceived notion of whether that was allowed or not
17      allowed?
18  A   Yes. My thought -- my basic thought on it was that it
19      probably wasn't something that the school would allow.
20  Q   Did you have any further communication with C.S. about it on
21      that day or on a later day?
22  A   Not that I recall. I don't believe I ever spoke with C.S.
23      about that again.
24  Q   Did you have any further communication with either of the
25      C.S.'s parents about it after the -- the one phone call that

**Page 17**

1       you've described so far?
2   A   I don't believe we ever spoke about it after that; not that
3       I recall.
4           MR. MONROE: Okay. That's all I have.
5           MR. LOBELLO: I don't have any questions.
6           (Deposition concluded at 10:57 a.m.)
7
8                       -0-0-0-
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

5 (Pages 14 to 17)



**A**

a.m 1:21 4:2 17:6
able 9:17
action 14:15 15:17
Adam 1:3 2:8
administration 9:5
9:9
administrative 9:14
administrator 8:19
8:22,23
affirm 4:3
all's 14:22
allow 16:19
allowed 16:16,17
Amendment 12:24
AMY 1:10
Andrews 2:6
answer 11:15
anybody 16:6
anyway 14:7
APPEARANCES
2:1
appropriate 10:4,6
10:11 12:3 16:10
area 1:8 5:11 13:13
asked 9:22 11:20
13:12,14 14:22,23
assume 4:15 14:13
14:17,18
attention 7:5,6
aware 15:18 16:2,3
awhile 15:10

**B**

bachelor's 4:24 5:2
back 6:1 11:1 14:2
14:11,18
background 4:21
5:1
basic 16:18
basically 5:21 7:4
9:11 11:22 12:13
behavior 5:22
behavior-related
5:23
believe 5:14 10:16
13:21,21,22 14:5
14:16,22 16:22
17:2
better 11:22 12:20
12:22
bit 6:20,21

break 5:25
bring 12:4,16 13:4
13:7
brought 9:23 13:13

**C**

C.S 1:3 7:14,18,23
8:1,1,11 9:23 12:2
13:12 14:20 16:20
16:22
C.S.'s 6:15 11:2,11
11:18,23,25 12:6
12:11,14,22 13:19
16:25
call 9:21 10:11 11:7
16:25
called 4:7 11:2,11
Capacity 1:8,11,15
case 6:14
CER 2:10
certainly 13:6
certification 5:8
Certified 2:10
class 5:23 6:1 13:19
14:2,4
classes 5:1,7
classroom 11:3,7,8
11:8 13:19,22
close 6:15,16 9:2
14:8
closer 6:25
clothing 16:12
Coach 1:15 5:19
6:10
collaborative 10:1
college 4:23
come 5:25 6:18,19
12:4,16
communication
16:6,20,24
concluded 17:6
considered 12:3
considers 12:15
CONTENTS 3:1
continuing 5:7
conversation 6:22
9:20 10:6,14,21
12:1 13:8,20,24
14:25 15:4
copy 7:8
Corporation 2:11
correct 4:13 6:9

couple 12:20
COURT 1:1
Craig 1:7 2:8

**D**

DANIEL 2:5
date 15:5
Dawsonville 2:3
day 1:20 6:20 7:15
13:10 14:21 15:22
15:23 16:21,21
deal 6:2,3 11:24
16:13
December 1:20 4:2
decided 10:11
decision 8:20,20
10:1,22
Defendant 2:5
Defendants 2:5
degree 4:24 5:3,4
depicting 16:12
deposition 1:19 3:8
4:13 7:12,14 17:6
describe 8:25
described 8:2 10:10
17:1
desk 11:5
desks 11:4
detention 6:7,7
detentions 6:2
different 10:12 11:5
12:5,16 13:4,7
direction 9:18 10:1
discipline 14:15,15
discuss 8:8 12:6
discussed 9:20,21
DISTRICT 1:1,2
door 6:16,18
Doyle 2:5
Durand 1:8 5:11,12
5:16,16

**E**

EASTERN 1:2
education 4:25 5:1
5:7
educational 4:21
effect 12:21
either 16:24
Electronic 2:10
Elementary 1:11,16
5:11,18

email 15:12 16:2
employed 5:10
Eric 2:10
exact 12:1,22
Examination 3:3
4:8
exchange 15:12
Exhibit 3:6,8 7:10
7:12,13
experience 16:11,15
explained 11:20,21

**F**

fairly 16:1
far 8:11 13:21 15:8
17:1
father 11:23 12:6
12:11
February 6:10
felt 8:16,18
File 1:5
filed 16:7
fine 7:11
Firm 2:11
first 6:13 11:14,18
16:15
fit 9:1
five 11:5
Flint 1:21 4:1
Friday 4:2
friend 1:3
further 14:25 15:4
16:20,24

**G**

gates 12:25
general 6:3
generally 5:24
Georgia 2:3
give 4:4 6:1 9:13,18
10:5
go 4:18 6:1 13:23
going 8:4,15 13:7
good 4:21 13:10
guess 8:16,21,24 9:2
9:2,6
guidance 9:10
gun 7:4 8:12

**H**

hall 14:18
hallway 6:16 14:9

hand 12:21
happened 7:21
hat 3:9 6:24 7:1,1,3
7:4,6,14,17,18 8:2
8:8,10,11,16 9:17
9:22,23,24 10:3,6
10:8,12 12:2,5,15
12:21,23,23,23
13:4,7,14,25
14:16,20,23 15:20
16:9
heard 4:15
help 5:21
hi 6:18,19,21
home 9:21,22 10:12
hung 13:10

**I**

imposed 6:8
imposes 6:4
in-school 6:2,6
inappropriate
12:15
incident 6:14,23
7:22 15:5
INDEX 3:6
indicated 11:22
13:16 14:14
indication 10:3,5
Individually 1:7,10
1:14
infer 16:1
inferred 8:24
initiative 10:2
input 9:14
instructions 4:15
interaction 14:6,10
involve 6:23
involved 6:13

**J**

J 2:5
John 2:2,2
Johnston 2:10
Jones 2:3
Joseph 4:11
JR 2:5

**K**

Kerr 1:11,16 5:11
5:14,18
kind 5:7 14:9 16:12

C.S., ET AL v. CRAIG MCCRUMB, ET AL          DEPOSITION OF MICHAEL PAPANEK

know 8:19 9:9,19
 12:2,14,19 16:3

**L**

Law 2:2
lawsuit 16:7
lay 12:21
leave 10:23
Leffel 1:10 7:25 8:1
 9:8 10:3 15:1,4,13
 15:15,17
Leffel's 4:12 8:6
 9:25 16:2
left 7:23 13:18
Let's 7:8
limited 10:22
little 6:20,21,21,25
 6:25
LOBELLO 2:5
 17:5
locker 6:15 13:15
 13:15,17,25 14:7
 14:8,23 15:20
long 5:13 15:8
longer 15:11
look 6:25
looking 9:10
looks 7:16
lot 5:25 9:1

**M**

mark 7:8
marked 3:8 7:12,13
matter 6:4
McCrumb 1:7 2:8
 7:25 10:18
mean 5:20 6:3 10:5
 13:6,18 15:19
 16:1
means 5:21
Michael 1:14,19 4:6
 4:11
Michigan 1:2,21
 2:6 4:1,24 5:1,9
 5:12,16
Middle 5:16
mine 10:2
mom 11:18
moment 13:3
Monroe 2:2,2 3:3
 4:9 7:8,11 17:4
mother 11:25 12:14

**N**

name 4:10
near 13:13
neatly 9:1
necessarily 9:25
needed 8:18,18,20
needs 5:24
Network 2:11
North 1:21
notice 7:3
noticed 6:24 7:1,4
 7:17 16:9
notion 16:16
Number 2:11

**O**

O'Neill 2:5
occurred 6:17
office 7:24,25 8:6
 10:18,23 11:1
official 1:7,15
oftentimes 6:17
Oh 15:6
Okay 7:17 8:21
 11:17,19 12:10
 14:25 17:4
once 11:21 15:19
one's 12:23,24

**P**

P81069 2:5
PAGE 3:2,7
Papanek 1:14,19
 4:5,6,11
parent 9:22
parents 11:2,11
 16:25
participate 10:21
PC 2:2,5
percent 13:23
person 9:21
phone 11:9,15,23
 12:8 16:25
Photograph 3:9
picture 7:14
Plaintiff 1:4,20 2:2
 4:7
please 4:10,22
point 7:7 9:19 10:15
 10:16 13:21 14:17
 14:19 15:3,7,9,24
 15:25

political 4:25
position 5:18 6:10
 8:25 9:1
positions 9:2
preconceived 16:16
preliminary 4:15
present 2:8 10:18
pretty 6:15,15 16:1
Principal 1:11
probably 8:17
 16:19
provided 10:12
punishment 6:8
purpose 8:4,15,16
put 11:23 12:8
 13:15,17,25 14:23

**Q**

questions 4:18 17:5

**R**

R 2:2,10
reaction 9:15,16
really 11:7
recall 7:19,20 8:11
 8:14 9:16 10:2,16
 11:1,25 13:2,2,5,9
 13:12,21 14:19
 15:2,2,3,6,11,14
 16:5,8,14,22 17:3
received 7:5
receptive 13:16
 14:24
recess 6:2,7
record 4:10
RECORDED 2:10
Recorder 2:10
referring 4:23
Registration 2:11
related 7:21
remember 12:1,12
 14:17 15:7
REPORTER 4:3
 7:10
reporting 2:11 9:11
 9:12,13
respond 12:18
responded 12:19
rest 14:21
rifle 16:9
right 6:11,12 8:22
 8:24 13:2 14:7,10

Road 2:3,6
Robert 1:11,15 2:3
 5:11,14,18
room 5:24,25 6:5,16
 6:17,19,20 7:23
 11:1,4,6,9 13:13
 13:14,18 14:8,11
 14:12,13,16,18
rules 8:17

**S**

Saginaw 1:21 2:6
Saint 2:6
saw 7:14
school 1:12,16 5:12
 5:16 8:17 9:4,23
 10:4 12:3,15
 16:19
schoolhouse 12:25
schooling 5:2
Schools 1:8 5:11
science 4:25
secretary 9:5
see 6:8,25 8:1 10:12
seen 15:12,14
sent 5:23,24
serve 6:5,7
seventh 5:14
short 14:9
showing 7:13
shown 15:15
situation 5:23 7:2
 8:19 9:14 11:20
 11:21,24 15:7,9
small 11:4,8
smaller 11:6
solemnly 4:3
soon 7:24
sounds 9:25
speak 11:13
specifically 5:11,22
 11:5 12:1,19 13:3
 13:5 15:15
spoke 6:21,24 11:18
 12:11 13:12 15:9
 16:22 17:2
spoken 15:6
spots 11:5
staff 9:3,7
started 7:2
state 4:10,24 5:1,9
STATES 1:1

stay 5:21
Street 1:21
Stroub 1:3 2:8
 15:12 16:2
student 5:22,24
 9:17 16:11
students 5:21 6:18
 9:6 11:6
Suite 2:6
Superintendent 1:8
support 9:3,3,4,4,5
 9:6
supporting 9:6
suppose 9:12
sure 6:15 7:7,19
 10:17 13:23 15:16
 15:25
suspension 6:6,6
suspensions 6:2,4
swear 4:3
sworn 4:7

**T**

TABLE 3:1
take 5:25 13:14
taken 1:20 15:17
talk 6:19 15:17
talked 9:19
teacher 5:8
teachers 9:4
tell 4:21 6:13 8:10
 9:8 14:20
testimony 4:4
thing 12:13
things 12:20
think 4:20 7:4,23,23
 7:24 8:2,21 12:13
 13:9,9,13 14:14
 14:22 16:1
thought 9:9 11:23
 15:8 16:10,18,18
time 6:1 10:19
times 5:25
told 8:1,11 10:8
 12:2,19 16:4
touch 12:22
touched 12:23
track 1:15 5:19,22
 6:10
truth 4:4
try 5:21
trying 7:19 13:2

14:17 15:6

**U**
**Uh-huh** 10:9
**UNITED** 1:1
**University** 4:24

**V**
**v** 1:5
**view** 8:22

**W**
**walk** 14:7,9
**Wallace** 2:5
**wasn't** 9:25 16:19
**way** 8:21 9:12
**weapon** 16:12
**wear** 9:17,23 14:20
**wearing** 7:15 9:24
  16:11
**went** 7:23,24,25 9:8
  11:1 13:12,18
  14:2,11,11,13,16
  14:18
**wondering** 12:4,16
**words** 12:22
**wouldn't** 9:17 10:3
  10:10 13:4

**X**

**Y**
**yeah** 5:8 14:8
**year** 5:14
**you're** 4:4

**Z**

**0**
**0-0-0-** 17:8

**1**
**1** 3:8 7:10,12,13
**1-800-632-2720**
  2:12
**10:00** 1:21
**10:38** 4:2
**10:57** 17:6
**100** 13:22
**156** 2:3
**17th** 6:11
**1st** 12:24

**2**
**2** 4:2
**2:22-CV-10993-T...**
  1:5
**2000** 5:17
**2022** 1:20 4:2 6:11
**2nd** 1:20

**3**
**300** 2:6
**302** 2:6
**30534** 2:3
**362-7650** 2:4

**4**
**4** 3:3
**432** 1:21
**48638** 2:6

**5**

**6**
**678** 2:4

**7**
**7** 3:8
**790-0960** 2:7

**8**
**8151** 2:11

**9**
**9267** 2:10
**989** 2:7