

Amy Leffel <aleffel@durand.k12.mi.us>

## (no subject)
2 messages

---

**adam stroub** <adam_stroub@live.com>                                   Thu, Feb 17, 2022 at 3:31 PM
To: Amy Leffel <aleffel@durand.k12.mi.us>

Sent from Mail for Windows

So I'm told you guys made her put her hat in her locker after we spoke. Is that true?

---

**Amy Leffel** <aleffel@durand.k12.mi.us>                                Thu, Feb 17, 2022 at 5:17 PM
To: adam stroub <adam_stroub@live.com>, Craig McCrumb <mccrumb@durand.k12.mi.us>

Hello Mr. Stroub,

Yes, we requested that Cimbria put her hat in her locker, which she did. She was not upset or disturbed and happily went on with her day. I called you at 11:03am to discuss this with you further and left a message. Mr. Papanek did report that he had called you and related your concerns to me. I addressed those in my voicemail but will address them again

I respectfully appreciate your individual rights as a citizen, however, those do not supercede school rules. Our handbook states that "we want to be sure our students are safe and do not distract from the learning atmosphere of the classroom." The hat in question had a picture of an AR type of weapon on the front of it. Weapons of any kind are not appropriate for students to wear in a school setting.

I have also included Mr. McCrumb in this email as he was present when I addressed this earlier today. I understand that you might not agree with me regarding this issue, and I respect your opinion. However, it is my responsibility as principal, to provide an appropriate learning environment for our students. Thank you for reaching out.
Sincerely,
Mrs. Leffel

[Quoted text hidden]
--
"Every student can learn, just not on the same day or in the same way." George Evans