UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

C.S. by her Next Friend,
ADAM STROUB,
EAS

    Plaintiff,

v.

CRAIG MCCRUMB et al.,

    Defendants.
_____/

Case No. 2:22-cv-10993-TGB-

Hon. Terence E. Berg
Magistrate Judge
    Elizabeth A. Stafford

## DECLARATION OF C.S.

C.S. declares as follows:

1. I know the difference between telling the truth and telling a lie and I understand the consequences of not telling the truth.
2. I also understand the importance of telling the truth in court.
3. I am the Plaintiff in this case.
4. I make this declaration of my own knowledge.
5. I enjoy shooting rifles with my father.
6. I wore the hat that I wore to hat day because it is my fathers and makes me feel safe and because it shows my support for the right of people to have guns.

I declare that everything I said above is true and understand that I can be punished if I tell a lie.

Dated the 13 day of May, 2023.

*C.S.*

_____

C.S.

1

# Signature Certificate

Reference number: 63CKW-EBYSW-WR6DU-WD9AJ

| Signer | Timestamp | Signature |
|---|---|---|
| **Cimbria Stroub**<br>Email: brwneydbeautiful@yahoo.com | | C.S. |
| Sent:<br>Viewed:<br>Signed: | 13 May 2023 15:27:35 UTC<br>13 May 2023 15:29:54 UTC<br>13 May 2023 15:32:44 UTC | |
| **Recipient Verification:**<br>✓ Email verified | 13 May 2023 15:29:54 UTC | IP address: 50.124.252.133<br>Location: Saint Johns, United States |

Document completed by all parties on:
13 May 2023 15:32:44 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

