UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

C. S.,

                Plaintiff(s),

v.                                                Case No. 2:22−cv−10993−TGB−EAS
                                                 Hon. Terrence G. Berg

craig mccrumb, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Terrence G. Berg at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 709.  The following motion(s) are scheduled for hearing:

      Motion for Summary Judgment – #15
      Motion for Summary Judgment – #17

- MOTION HEARING:  January 23, 2024 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Vertriest
                                                             Case Manager

Dated:  January 16, 2024