UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **C.S.,** *by her next friend,* **ADAM STROUB,**<br><br>Plaintiff,<br><br>vs.<br><br>**CRAIG MCCRUMB, *et al.*,**<br><br>Defendants. | **2:22-CV-10993-TGB-EAS** |

# JUDGMENT

In accordance with the Order entered on this date, **DENYING** C.S.'s Motion for Summary Judgment (ECF No. 15) and **GRANTING** Defendants' Motion for Summary Judgment (ECF No. 17), it is **ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants, and C.S.'s case is **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  March 30, 2024.

KINIKIA ESSIX
CLERK OF THE COURT

s/T. McGovern
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE