UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.S., *by her next friend,*
Adam Stroub

       Plaintiff,

v.

CRAIG MCCRUMB, *et al.*,

       Defendants.

                                     /

Case No. 4:22-CV-10993-TGB-EAS

Hon. Terence E. Berg
Mag. Judge Elizabeth A. Stafford

## **NOTICE OF APPEAL**

Please take notice that Plaintiff C.S., by her next friend, Adam Stroub, appeals to the United States Court of Appeals for the Sixth Circuit from the March 30, 2024 Judgment [Doc. 26] and March 30, 2024 Opinion and Order [Doc. 25] dismissing Plaintiff's case.

Respectfully submitted,

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
State Bar No. 516193
(678) 362-7650
jrm@johnmonroelaw.com

/s/ Michael F. Smith
Michael F. Smith
The Smith Appellate Law Firm
1717 Pennsylvania Ave. NW
Suite 1025
Washington, DC  20006
(202) 454-2860
smith@smithpllc.com

Michigan Office:
24405 Gratiot Ave.
Eastpointe, MI  48021

Attorneys for Plaintiff