UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

C. S.,

           Plaintiff(s),

v.                                        Case No. 2:22−cv−10993−TGB−EAS
                                        Hon. Terrence G. Berg

craig mccrumb, et al.,

           Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on April 23, 2024.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ M Sylvester
     Deputy Clerk

Dated:   April 23, 2024